Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (*pro hac vice* to be filed)
mandolina@sidley.com
Andrew J. Chinsky (*pro hac vice* to be filed)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853.7000
Fax: (312) 853.7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel:  (213) 896-6666
Fax:  (213) 896-6600

*Attorneys for Defendant American Honda Motor Co. Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RON ALUL, MARK GERSTLE, WILLIAM KENAR, YUN-FEI LOU, ARPAN SRIVASTAVA, and MELISSA YEUNG individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 3:16-cv-04384-JST<br><br>**AMERICAN HONDA MOTOR CO., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Complaint filed:  August 3, 2016** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15 of the United States District Court for the Northern District of California, Defendant American Honda Motor Co., Inc., certifies that it is a California corporation with its principal place of business in California. It is a wholly-owned subsidiary of Honda Motor Co., Ltd., a publicly-held company in Japan. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the parties named herein, there is no other interest to report.

Dated: August 19, 2016                                    *Respectfully submitted*,

By: /s/ *Livia M. Kiser*
Livia M. Kiser (SBN 285411)
lkiser@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853.7000
Fax: (312) 853.7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

*Attorneys for Defendant American Honda Motor Co. Inc.*