Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (admitted *pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (admitted *pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853.7000
Fax: (312) 853.7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel:  (213) 896-6666
Fax:  (213) 896-6600

*Attorneys for Defendant American*
*Honda Motor Co. Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RON ALUL, MARK GERSTLE, WILLIAM KENAR, YUN-FEI LOU, ARPAN SRIVASTAVA, and MELISSA YEUNG individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | Case No. 3:16-cv-04384-JST <br><br> **JOINT STIPULATION SEEKING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND FOR AN ORDER CHANGING TIME PURSUANT TO L.R. 6-3** <br><br> **Complaint filed:  August 3, 2016** <br> **Current responsive pleading due date:** <br> **October 17, 2016** |

1   Plaintiffs Ron Alul, Mark Gerstle, William Kenar, Yun-Fei Lou, Arpan Srivastava, and

2   Melissa Yeung (collectively, "Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM"

3   and collectively with Plaintiffs, the "Parties"), by and through their respective counsel and pursuant

4   to LR 6-2 and other applicable rules and laws, as well as the Declaration of Livia M. Kiser ("Kiser

5   Declaration") filed concurrently herewith, hereby submit this Stipulated Request Seeking Leave For

6   Plaintiffs File An Amended Complaint And For An Order Changing Time.

7   1.   On August 3, 2016, Plaintiffs filed the Class Action Complaint ("Complaint") in this

8   action.  (ECF No. 1).

9   2.   The Complaint, which is 112 pages long, seeks certification of a national class

10   pursuant to claims brought under California law or, alternatively,  certification of subclasses

11   pursuant to claims brought under the laws of 6 states (*i.e*., Arizona, Delaware, Missouri, New

12   Hampshire, Texas, Virginia).  *Id.*  There are 43 claims alleged.  *Id*.

13   3.   On August 4, 2016, this action was set for an initial Case Management Conference on

14   November 1, 2016, and assigned to the Alternative Dispute Resolution (ADR) Multi-Option

15   Program, which set a deadline of October 11, 2016, to file an ADR Certification and either a

16   Stipulation to ADR Process or Notice of Need for ADR Phone Conference ("ADR Deadline").

17   (ECF No. 6).

18   4.   On August 5, 2016, this action was reassigned to the Honorable Jon S. Tigar, and the

19   Clerk set a new date of November 16, 2016 for the Case Management Conference, with the Joint

20   Case Management Conference Statement due seven (7) Court days prior thereto.  (ECF Nos. 9 &

21   10).

22   5.   On August 11, 2016, AHM was served with the Complaint.  Kiser Decl. ¶ 2, Exhibit

23   1 hereto.

24   6.   On August 30, 2016, the Parties stipulated and agreed that the date for AHM to

25   answer, move, or otherwise respond to the Complaint would be extended up to and including

26   October 17, 2016.  (ECF No. 21).

27

28

STIPULATED REQUEST SEEKING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT
AND FOR AN ORDER CHANGING TIME PURSUANT TO L. R. 6-3
3:16-cv-04384-JST

7.      On September 23, 2016, counsel for Plaintiffs advised counsel for AHM that Plaintiffs intend to file an Amended Class Action Complaint ("Amended Complaint") on or before October 17, 2016, which will add additional parties and claims to the pleading.  Kiser Decl. ¶ 3.

8.      Pursuant to Federal Rule of Civil Procedure 15(a), because it has been more than 21 days since Plaintiffs served the Complaint and AHM has not yet filed a responsive pleading, Plaintiffs cannot amend their pleading as a matter of course but may amend their pleading only "with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a).

9.      Plaintiffs seek to file their Amended Complaint by no later than October 17, 2016, the date that AHM's responsive pleading is currently due.  Kiser Decl. ¶ 3.

10.      AHM does not object to Plaintiffs amending their complaint and filing it by no later than October 17, 2016, but the Parties recognize the due date for AHM's responsive pleading and other dates should be adjusted to accommodate Plaintiffs' request.  *Id*. ¶ 4.

11.      The Parties stipulate and agree AHM should have up to and including December 2, 2016 to answer, move or otherwise respond to the Amended Complaint.  *Id*. ¶ 6.  The Parties believe that the requested enlargement of time is appropriate given Plaintiffs anticipate the Amended Complaint will add additional parties and claims, thereby enlarging the scope of this already lengthy and complex action.  *Id*. ¶ 2, 6. Moreover, and as set forth in the Kiser Declaration, counsel for AHM is going to be in Asia during about one-third of this period (from October 13-28, 2016) in order to finalize the adoption of a child.  *Id*. ¶ 5.  In addition, the Thanksgiving holidays fall within the response period.  *Id*. ¶ 6.

12.      Furthermore, the Parties believe they need to understand the scope of their dispute in order to make an informed decision regarding ADR.  Accordingly, the Parties respectfully request the ADR Deadline be moved to November 18, 2016 (or some other date after October 17, 2016 as the Court directs).  *Id*. ¶ 7.

13.      Finally, the Parties note that the Case Management Conference (CMC) is currently scheduled for November 16, 2016, which is prior to the proposed due-date for AHM's responsive pleading (*i.e*., December 2, 2016).   The Parties defer to the Court to decide whether the CMC should be reset to a date that is after the responsive pleading is filed.

STIPULATED REQUEST SEEKING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT
AND FOR AN ORDER CHANGING TIME PURSUANT TO L. R. 6-3
3:16-cv-04384-JST

1

2

3

     14.     Because no case schedule has been set, the proposed time modification would not have any impact on the scheduling in this case.  This stipulation and request is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

4

5

     WHEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST the Court enter the following Order:

6

7

     (1)  Plaintiffs shall have up to and including October 17, 2016 to file an Amended Complaint;

8

9

     (2)  AHM shall have up to and including December 2, 2016 to answer, move, or otherwise respond to the Amended Complaint;

10

11

     (3)  The ADR Deadline shall be extended to and including November 18, 2016 (or some date after October 17, 2016 as the Court directs); and

12

13

14

     (4)  If the Court deems it advisable, the Case Management Conference currently set for November 16, 2016 (ECF No. 10) shall be vacated and reset to occur after December 2, 2016 on a date convenient for the Court.

15

16

Respectfully submitted,

17

18

19

20

21

22

23

24

25

26

27

28

| */s/  Livia M. Kiser* | */s/ Steve W. Berman* |
|---|---|
| Livia M. Kiser (SBN 285411) | Steve W. Berman (*pro hac vice*) |
| lkiser@sidley.com | Catherine Y.N. Gannon (*pro hac vice)* |
| Michael C. Andolina (admitted *pro hac vice*) | HAGENS BERMAN SOBOL SHAPIRO LLP |
| mandolina@sidley.com | 1918 Eighth Avenue, Suite 3300 |
| Andrew J. Chinsky (admitted *pro hac vice*) | Seattle, Washington 98101 |
| achinsky@sidley.com | Tel: (206) 623-7292 |
| SIDLEY AUSTIN LLP | Fax: (206) 623-0594 |
| One South Dearborn | steve@hbsslaw.com |
| Chicago, IL 60603 | catherineg@hbsslaw.com |
| Tel: (312) 853.7000 | |
| Fax: (312) 853.7036 | Christopher A. Seeger (*pro hac vice* pending) |
| | Daniel R. Leathers  (*pro hac vice* pending) |
| Eric B. Schwartz (SBN 266554) | Scott A. George (*pro hac vice* pending) |
| eschwartz@sidley.com | SEEGER WEISS LLP |
| SIDLEY AUSTIN LLP | 77 Water Street, 26th Floor |
| 555 West Fifth Street, Suite 4000 | New York, NY 10005 |
| Los Angeles, California 90013 | Tel: (212) 584-0700 |
| Tel:  (213) 896-6666 | Fax: (212) 584-0799 |
| Fax:  (213) 896-6600 | cseeger@seegerweiss.com |
| | DLeathers@seegerweiss.com |
| Dated: October 7, 2016 | sgeorge@seegerweiss.com |

1   *Attorneys for Defendant American Honda Motor Co., Inc.*

James E. Cecchi (*pro hac vice* pending)
Lindsey H. Taylor (*pro hac vice* pending)
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

Roland Tellis (SBN 186269)
Mark Pifko (SBN 228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

Dated: October 7, 2016

STIPULATED REQUEST SEEKING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT
AND FOR AN ORDER CHANGING TIME PURSUANT TO L. R. 6-3
3:16-cv-04384-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation.  In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.


Dated: October 7, 2016                              By:/s/  Livia M. Kiser
                                                                      Livia M. Kiser

---

STIPULATED REQUEST SEEKING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT
AND FOR AN ORDER CHANGING TIME PURSUANT TO L. R. 6-3
3:16-cv-04384-JST

1

**[~~PROPOSED~~] ORDER**

2          Pursuant to the above Stipulation, IT IS SO ORDERED.

3          DATED: ___October 11, 2016_____

4

5                                                                   _____

6                                                                   Hon. Jon S. Tigar

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATED REQUEST SEEKING LEAVE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT
AND FOR AN ORDER CHANGING TIME PURSUANT TO L. R. 6-3
3:16-cv-04384-JST