| | |
|---|---|
| Christopher A. Seeger (admitted *pro hac vice*) | James E. Cecchi (admitted *pro hac vice*) |
| Daniel R. Leathers (admitted *pro hac vice*) | Lindsey H. Taylor (admitted *pro hac vice*) |
| Scott A. George (admitted *pro hac vice*) | CARELLA, BYRNE, CECCHI, OLSTEIN, |
| SEEGER WEISS LLP | BRODY & AGNELLO, P.C. |
| 77 Water Street, 26th Floor | 5 Becker Farm Road |
| New York, NY 10005 | Roseland, NJ 07068 |
| Tel: (212) 584-0700 | Tel: (973) 994-1700 |
| Fax: (212) 584-0799 | Fax: (973) 994-1744 |
| cseeger@seegerweiss.com | jcecchi@carellabyrne.com |
| DLeathers@seegerweiss.com | ltaylor@carellabyrne.com |
| sgeorge@seegerweiss.com | |
| | |
| Steve W. Berman (admitted *pro hac vice*) | Roland Tellis (SBN 186269) |
| Catherine Y.N. Gannon (admitted *pro hac vice*) | Mark Pifko (SBN 228412) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | BARON & BUDD, P.C. |
| 1918 Eighth Avenue, Suite 3300 | 15910 Ventura Boulevard, Suite 1600 |
| Seattle, Washington 98101 | Encino, California 91436 |
| Tel: (206) 623-7292 | Tel: (818) 839-2320 |
| Fax: (206) 623-0594 | Fax: (818) 986-9698 |
| steve@hbsslaw.com | rtellis@baronbudd.com |
| catherineg@hbsslaw.com | mpifko@baronbudd.com |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINDSEY ABERIN, RON ALUL, DON AWTREY, DANIEL CRINER, JARED CROOKS, REBECCA GRAY, MARK GERSTLE, JOHN KELLY, YUN-FEI LOU, JORDAN MOSS, DONALD TRAN, ARPAN SRIVASTAVA, DONALD TRAN, and MELISSA YEUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 3:16-cv-04384-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE CONSOLIDATION OF THE CASE MANAGEMENT CONFERENCE DATE AND DATE OF HEARING ON AMERICAN HONDA COMPANY, INC.'S MOTION TO TRANSFER CASE**<br><br>**Complaint filed: August 3, 2016**<br><br>**[N.D. CAL. L.R. 7-11]**<br><br>Judge: Hon. Jon S. Tigar |

Plaintiffs Lindsey Ron Alul, Don Awtrey, Daniel Criner, Jared Crooks, Rebecca Gray, Mark Gerstle, John Kelly, Yun-Fei Lou, Jordan Moss, Arpan Srivastava, Donald Tran, and Melissa Yeung (collectively, "Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM" and collectively with Plaintiffs, the "Parties"), by and through their respective counsel and pursuant to LR 7-11, hereby submit this Stipulation and [Proposed] Order Regarding the Consolidation of the Case Management Conference Date and Date of Hearing on AHM's Motion to Transfer Case.

WHEREAS, the date for the Initial Case Management Conference has been set for December 7, 2016 at 2:00 p.m. (ECF. No. 28);

WHEREAS, the date for the hearing pertaining to AHM's Motion to Transfer Case has been scheduled for December 8, 2016 at 2:00 p.m. (ECF. No. 30);

WHEREAS, Counsel for all Parties are available to appear before Judge Tigar on December 7, 2016, but Counsel can (and would prefer to) take advantage of travel efficiencies by the Court consolidating the conference and the hearing dates into a single date, subject to the Court's convenience;

WHEREAS, certain counsel for Plaintiffs would be unable to appear at a Case Management Conference on December 8, 2016;

WHEREAS, Local Rule 7-11 permits a party to seek miscellaneous administrative relief pursuant to a stipulation by the parties;

THEREFORE, IT IS HEREBY STIPULATED, by Plaintiffs and AHM, through their counsel of record, subject to the approval of the Court, as follows:

1. That the hearing on AHM's Motion to Transfer and the Case Management Conference both occur on December 7, 2016 beginning at 2:00 p.m. (or another time more convenient for the Court).

STIPULATION AND [PROPOSED] ORDER - 1
3:16-cv-04384-JST

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger (admitted *pro hac vice*)
Daniel R. Leathers (admitted *pro hac vice*)
Scott A. George (admitted *pro hac vice*)
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
DLeathers@seegerweiss.com
sgeorge@seegerweiss.com

Steve W. Berman (admitted *pro hac vice*)
Catherine Y.N. Gannon (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

James E. Cecchi (admitted *pro hac vice*)
Lindsey H. Taylor (admitted *pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

Roland Tellis (SBN 186269)
Mark Pifko (SBN 228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

*Attorneys for Plaintiffs and the Proposed Classes*

*/s/ Livia M. Kiser*
Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (admitted *pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (admitted *pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853.7000
Fax: (312) 853.7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

*Attorneys for Defendant American Honda Motor Co., Inc.*

Dated: November 17, 2016

*and Subclasses*

Dated: November 17, 2016

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation.  In compliance with Civil Local Rule 5.1(i)(3), I hereby attest that the signatory has concurred in this filing.

Dated: November 17, 2016                                      By:/s/  *Christopher A. Seeger*
                                                                            Christopher A. Seeger

STIPULATION AND [PROPOSED] ORDER - 3
3:16-cv-04384-JST

1

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, the hearing on the Motion to Transfer and the Initial Case Management Conference are hereby consolidated and shall be held on December  7 , 2016 at  2  a.m. / p.m.

DATED: November 17, 2016

_____
Hon. Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER - 4
3:16-cv-04384-JST