Christopher A. Seeger (admitted *pro hac vice*)
Stephen Weiss (admitted *pro hac vice*)
Scott A. George (admitted *pro hac vice*)
Daniel R. Leathers (admitted *pro hac vice*)
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
dleathers@seegerweiss.com
sgeorge@seegerweiss.com

Steve W. Berman (admitted *pro hac vice*)
Catherine Y.N. Gannon (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

James E. Cecchi (admitted *pro hac vice*)
Lindsey H. Taylor (admitted *pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

Roland Tellis (SBN 186269)
Mark Pifko (SBN 228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINDSEY ABERIN, RON ALUL, DON AWTREY, DANIEL CRINER, JARED CROOKS, REBECCA GRAY, MARK GERSTLE, JOHN KELLY, YUN-FEI LOU, JORDAN MOSS, DONALD TRAN, ARPAN SRIVASTAVA, DONALD TRAN, and MELISSA YEUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 3:16-cv-04384-JST<br><br>[~~PROPOSED~~] SCHEDULE OF PRETRIAL EVENTS THROUGH DECISION ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>**Complaint filed:  August 3, 2016**<br><br>Judge: Hon. Jon S. Tigar |

Plaintiffs Ron Alul, Mark Gerstle, William Kenar, Yun-Fei Lou, Arpan Srivastava, and

Melissa Yeung (collectively, "Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM"

[~~PROPOSED~~] SCHEDULE OF PRETRIAL EVENTS THROUGH DECISION ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 3:16-cv-04384-JST

1

and collectively with Plaintiffs, the "Parties"), by and through their respective counsel and pursuant to the direction of the Court at the Initial Case Management Conference on December 7, 2016, propose the following schedule to govern the litigation through to the completion of briefing related to Plaintiff's Motion for Class Certification.

To the extent practicable, the Parties provide dates certain for events. However, the Parties request that deadlines for the close of discovery in advance of class certification be determined by the date upon which the Court decides the pending Motion to Dismiss (referred to below as "Close of Pleadings") and that the subsequent briefing related to Plaintiffs' Motion for Class Certification be determined by the date that discovery closes. The Parties foresee that resolution of the pending Motion to Dismiss will also resolve several foreseeable discovery disputes.

## SCHEDULE

*Commencement of Discovery in Advance of Class Certification*: December 7, 2016

*Initial Disclosures*: January 20, 2017

*Briefing related to Defendant's Motion to Dismiss (ECF No. 42)*:

    *Opposition to Motion to Dismiss* – January 13, 2017

    *Reply in Further Support of Motion to Dismiss* – February 3, 2017

    *Hearing on Motion to Dismiss* – February 23, 2017 or at such other date set by the Court.

*First Telephonic Case Management Conference*: The Court will set a further telephonic case management conference on ~~Octej '': , 2017, at 2:00 p.m.~~ March 10, 2017 at 1:30 p.m. (Because more than one conference will be set at that time, the conference will not begin precisely at 2:00 p.m.) The purpose of the conference is to ensure that the case is on track. Each participant in the call must use a landline. By ~~Octej '3, 2017~~ March 8, 2017, at noon, the parties are ordered to provide a single call-in number that all participants may use. By ~~Octej '3, 2017~~ March 8, 2017, at noon, the parties must file a joint case management statement. For that statement only, the parties should disregard the local rules

concerning the content of case management statements. Instead, the statement should be divided into two sections.

The first section will address the status of the parties' discovery. The parties will first list any discovery propounded by the plaintiffs, the status of that discovery, and any next steps required to complete the discovery or conclude any dispute regarding that discovery. The parties will then provide the same information regarding any discovery propounded by defendants. The parties' statement must include completed discovery, as well as open discovery, and should list any discovery that has been discussed between the parties even if it has not yet been propounded.

The second section of the statement will include a discussion of any other issues requiring the Court's attention or that bear on the progress of the case.

At the conclusion of the conference, the Court will set the date and time of the next telephonic conference.

*Mediation*: By August 1, 2017

*Close of Discovery in Advance of Class Certification:*

    *Close of Fact Discovery* – Close of Pleadings + 9 months

    *Close of Expert Discovery in Advance of and Related to Class Certification* – Close of Fact Discovery + 2 Months.

*Briefing Related to Plaintiffs' Motion for Class Certification*:[1]

    *Motion in Support of Class Certification* - Close of Expert Discovery + 30 days

    *Opposition to Motion for Class Certification* – Motion for Class Certification + 45 days

    *Reply in Support of Class Certification* – Opposition to Class Certification + 30 days

---

[1] Plaintiffs may propose a "bellwether" approach to class certification, but such an approach will not impact the dates for the close of discovery in advance of class certification. AHM does not believe such an approach is workable or appropriate given the different Hands Free Link (HFL) units in issue. AHM may file a motion for summary judgment as to some or all of Plaintiffs' claims, but such an approach will not impact the dates for the close of fact discovery, either.

[PROPOSED] SCHEDULE OF PRETRIAL EVENTS THROUGH DECISION ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 3:16-cv-04384-JST

3

Dated: December 14, 2016

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger (admitted *pro hac vice*)
Stephen Weiss (admitted *pro hac* vice)
Scott A. George (admitted *pro hac vice*)
Daniel R. Leathers (admitted *pro hac vice*)
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
DLeathers@seegerweiss.com
sgeorge@seegerweiss.com

Steve W. Berman (admitted *pro hac vice*)
Catherine Y.N. Gannon (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
catherineg@hbsslaw.com

Roland Tellis (SBN 186269)
Mark Pifko (SBN 228412)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Tel: (818) 839-2320
Fax: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

James E. Cecchi (admitted *pro hac vice*)
Lindsey H. Taylor (admitted *pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

*/s/ Livia M. Kiser*
Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (admitted *pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (admitted *pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853.7000
Fax: (312) 853.7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

*Attorneys for Defendant American Honda Motor Co., Inc.*

IT IS SO ORDERED

Date: December 15, 2016

By: _____

---