# EXHIBIT A

**Chart of Vehicles in Plaintiffs' Proposed Class**

| CHART OF VEHICLES IN PLAINTIFFS' PROPOSED CLASS | | MODEL YEAR | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| ACURA MODEL | TL | ¶ 156 (Gerstle) | ¶¶ 8 (Aberin), 93 (Awtrey), 174 (Srivastava) | None | None | ¶¶ 26 (Gray), 118 (Yeung) | None | None | None | None | None | None | | | |
| | RL | | None | None | None | | None | None | None | None | | | | | |
| | TSX | | | ¶¶ 50 (Tran), 131 (Moss) | None | | ¶ 80 (Criner) | None | None | None | None | None | | | |
| | MDX | | | | ¶¶ 38 (Kelly), 144 (Crooks) | None | None | None | None | None | None | None | None | None | None |
| | RDX | | | | None | None | None | None | ¶ 63 (Lou) | None | None | None | None | None | None |
| | ILX | | | | | | | | | | None | None | | | |
| | ILX Hybrid | | | | | | | | | | None | None | | | |
| | ZDX | | | | | | | None | None | None | None | | | | |
| | RLX | | | | | | | | | | | None | None | None | None |
| | RLX Sport Hybrid | | | | | | | | | | | None | | None | |
| | ILX 2.0L | | | | | | | | | | | | None | | |
| | ILX 2.4L | | | | | | | | | | | | None | None | None |
| | TLX | | | | | | | | | | | | None | None | None |
| | NSX | | | | | | | | | | | | | | None |

| | | |
|---|---|---|
| | | Model Not Applicable |
| | ¶ | Plaintiff-Specific Introductory Paragraph |