UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: March 17, 2017                                                                 Judge: Jon S. Tigar

Time: 21 minutes

Case No.      **3:16-cv-04384-JST**
Case Name     **Lindsey Aberin, et al. v. American Honda Motor Company, Inc.**

Attorneys for Plaintiffs:        Scott A. George
                                 Catherine Gannon
                                 Daniel R. Leathers
                                 Stephen A. Weiss

Attorneys for Defendants:        Livia M. Kiser
                                 Andrew J. Chinsky

Deputy Clerk: William Noble                                      Court Reporter: Not reported

PROCEEDINGS

Telephonic case management conference.

RESULT OF HEARING

1. The Court set a deadline of March 31, 2017 for the filing of a stipulated or competing proposed protective order.

2. The Court set a deadline of March 31, 2017 for the filing of a stipulated or competing proposed ESI protocol.

3. The Court set a further telephonic case management conference for April 21, 2017 at 2:00 p.m. Should the parties wish to appear at the conference in person, a joint request should be made to the Court in advance of the hearing. The conference will be conducted along with the Burgess v. American Honda Motor Company, Inc. 3:17-cv-01060-JST matter.

4. An updated case management conference statement is due by April 14, 2017 in the Aberin case only. An updated statement is only due if there have been changes from the previous statement.