UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: April 21, 2017                                                      Judge: Jon S. Tigar

Time: 3 minutes

Case No.      **3:16-cv-04384-JST**
Case Name     **Lindsey Aberin, et al. v. American Honda Motor Company, Inc.**

Case No.      **3:17-cv-01060-JST**
Case Name     **Charles Burgess v. American Honda Motor Company, Inc.**

Attorneys for Plaintiffs:    *Lindsey Aberin*
                             Scott A. George
                             Catherine Gannon
                             Daniel R. Leathers

                             *Charles Burgess*
                             James C. Shah
                             Amanda M Steiner

Attorneys for Defendant:     Andrew Jacob Chinsky
                             Livia M. Kiser

Deputy Clerk: William Noble                                Court Reporter: Not reported

PROCEEDINGS

Telephonic case management conference.

RESULT OF HEARING

1. Further telephonic case management conference set for June 23, 2017 at 2:00 p.m.