Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (admitted *pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (admitted *pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853.7000
Fax: (312) 853.7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel:  (213) 896-6666
Fax:  (213) 896-6600

*Attorneys for Defendant American Honda Motor Co. Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINDSAY and JEFF ABERIN (a married couple), DON AWTREY, CHARLES BURGESS, DANIEL CRINER, JARED CROOKS, MARK GERSTLE, JOHN KELLY, YUN-FEI LOU, JOY MATZA, JORDAN MOSS, DONALD TRAN, and MELISSA YEUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 3:16-cv-04384-JST<br><br>**STIPULATED ADMINISTRATIVE MOTION TO MOVE MOTION HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rules 7-11 and 7-12, the Parties hereby submit this Stipulated Administrative Motion requesting that the Court move the hearing date on Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel & Executive Committee ("Motion") and case

1  management conference, which are currently set for August 3, 2017, at 9:30 AM, and in support

2  state the following:

3      1.    On June 22, 2017, Plaintiffs filed their Motion (ECF No. 85) and noticed the Motion

4  for July 27, 2017, at 2:00 pm.

5      2.    On June 22, 2017, the Clerk reset the hearing date for the Motion to August 3, 2017,

6  at 9:30 AM (ECF No. 86).

7      3.    On June 23, 2017, the Court held a telephonic case management conference. During

8  the conference, the Court expressed its preference that the Parties appear in-person for the hearing on

9  Plaintiffs' Motion. The Court also set the next case management conference to coincide with the

10 Motion hearing on August 3, 2017, at 9:30 AM.

11     4.    At that time, Counsel for Defendant advised the Court that Counsel for Defendant is

12 unavailable on August 3, 2017.  The Court directed the Parties to confer and propose an alternate

13 date. Counsel for Defendant subsequently conferred with counsel for Plaintiffs, and the Parties

14 agreed to move the case management conference and hearing from August 3, 2017, to August 24,

15 2017, a date that is convenient for all Parties.

16     5.    According to the Court's standing order, the Court hears civil motions at 2:00 PM,

17 however the Parties are available earlier in the day on August 24, 2017, if the Court prefers.

18     WHEREFORE, the Parties respectfully stipulate and request that the Court move the hearing

19 date currently scheduled to occur on August 3, 2017, to August 24, 2017, at 2:00 PM or another time

20 convenient for the Court.

| | |
|---|---|
| */s/  Livia M. Kiser* | */s/ Christopher A. Seeger* |
| Livia M. Kiser (SBN 285411) | Christopher A. Seeger (*pro hac vice*) |
| lkiser@sidley.com | Stephen. A Weiss (*pro hac vice*) |
| Michael C. Andolina (admitted *pro hac vice*) | Scott Alan George (*pro hac vice*) |
| mandolina@sidley.com | Daniel R. Leathers (*pro hac vice*) |
| Andrew J. Chinsky (admitted *pro hac vice*) | SEEGER WEISS LLP |
| achinsky@sidley.com | 77 Water Street, New York, |
| SIDLEY AUSTIN LLP | New York, NY 10005 |
| One South Dearborn | Telephone: (212) 584-0700 |
| Chicago, IL 60603 | Facsimile: (212) 584-0799 |
| Tel: (312) 853.7000 | Email: cseeger@seegerweiss.com |
| Fax: (312) 853.7036 | Email: sweiss@ seegerweiss.com |
| | Email: sgeorge@seegerweiss.com |
| Eric B. Schwartz (SBN 266554) | Email: dleathers@seegerweiss.com |
| eschwartz@sidley.com | |
| SIDLEY AUSTIN LLP | Steve W. Berman (*pro hac vice*) |
| 555 West Fifth Street, Suite 4000 | Catherine Y.N. Gannon *(pro hac vice)* |
| Los Angeles, California 90013 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Tel:  (213) 896-6666 | 1918 Eighth Avenue, Suite 3300 |
| Fax:  (213) 896-6600 | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| *Attorneys for Defendant American Honda Motor Co., Inc.* | Facsimile: (206) 623-0594 |
| | Email: steve@hbsslaw.com |
| Dated: July 12, 2017 | Email: catherineg@hbsslaw.com |
| | Shana E. Scarlett (SBN 217895) |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| | Email: shanas@hbsslaw.com |
| | |
| | James E. Cecchi (*pro hac vice*) |
| | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. |
| | 5 Becker Farm Road |
| | Roseland, NJ 07068 |
| | Telephone: (973) 994-1700 |
| | Facsimile: (973) 994-1744 |
| | Email: jcecchi@carellabyrne.com |
| | |
| | Roland K. Tellis (SBN 186269) |
| | Mark P. Pifko (SBN 228412) |
| | BARON & BUDD, P.C. |
| | 15910 Ventura Blvd, Suite 1600 |
| | Encino, CA 91436 |
| | Telephone: (818) 839-2320 |
| | Facsimile: (818) 986-9698 |

Email: rtellis@baronbudd.com
Email: mpifko@baronbudd.com

James C. Shah
Shepherd Finkelman Miller & Shah, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: 415-429-5272
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

Toby James Marshall *(pro hac vice)*
Amanda M Steiner
Brittany A. Madderra *(pro hac vice)*
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: tmarshall@terrellmarshall.com
Email: asteiner@terrellmarshall.com
Email: bmadderra@terrellmarshall.com

*Attorneys for Plaintiffs and the Proposed Classes*

Dated: July 12, 2017

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation.  In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated: July 12, 2017                                          By: /s/  Livia M. Kiser
                                                                                               Livia M. Kiser

**[PROPOSED] ORDER**

Pursuant to the above Stipulated Administrative Motion, IT IS SO ORDERED.

DATED:_____

_____
Hon. Jon S. Tigar