UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY ABERIN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>  Defendant. | Case No. 16-cv-04384-JST   (DMR)<br><br>Related case: 17-cv-01060 JST (DMR)<br><br>**ORDER SETTING DISCOVERY PLANNING TELEPHONE CALL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Donna M. Ryu for resolution of all discovery matters. You are hereby notified that Judge Ryu will convene an informal discovery planning telephone call on **August 31, 2017 at 1:00 p.m.** Plaintiffs' counsel shall select two lead spokespersons to participate in the call. No more than two attorneys may appear on behalf of each side. **By August 25, 2017**, the parties shall file a letter identifying the four attorneys who will participate in the call.

Counsel are strongly encouraged to meet and confer in advance of the call. They shall be prepared to discuss an overall discovery plan, including what discovery is necessary for the claims and defenses at issue and a rough timeline for implementation of the plan. Please be prepared to discuss discovery priorities and phasing. Counsel shall also be prepared to brief the court regarding the status of the disputes outlined in the June 30, 2017 joint discovery statement.

**IT IS SO ORDERED.**

Dated: August 1, 2017

_____
Donna M. Ryu
United States Magistrate Judge