UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *Aberin et al. v. American Honda Motor Co., Inc.* | No. 3:16-cv-04384-JST<br><br>**FOURTH JOINT CASE MANAGEMENT STATEMENT**<br><br>**Complaint filed: August 3, 2016**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to this Court's Minute Entry Order, dated July 14, 2017, (D.E. 102), the parties hereby submit their Fourth Joint Case Management Statement. The parties will appear for the Fourth Status Conference in Courtroom 9 on August 24, 2017 at 2:00 p.m. Pacific time.

1. **STATUS OF THE PARTIES' DISCOVERY**

    a. Discovery Propounded by the Plaintiffs:

        i. **Request for Production of Documents, Set One**

            1. Date propounded: January 9, 2017

            2. Status:

                a. Defendant American Honda Motor Co., Inc. ("AHM") made an initial production responsive to some of Plaintiffs' demands by producing:

                    i. Warranty booklets for each plaintiff's model and year,

                    ii. Owner's manuals for each plaintiff's model and year, and

1

1

2

iii.   Technical Service Bulletins pertaining to the

HandsFreeLink Bluetooth system.

3

    b.   AHM responded on April 17, 2017.

4

5

6

    3.   <u>Next steps required to complete the discovery or conclude any dispute regarding that discovery</u>: As discussed below, discovery matters have been referred to Judge Ryu.

7

    ii.   **Interrogatories, Set One**

8

    1.   <u>Date propounded</u>: January 9, 2017

9

    2.   <u>Status</u>: AHM's responses on April 17, 2017.

10

11

12

    3.   <u>Next steps required to complete the discovery or conclude any dispute regarding that discovery</u>: As discussed below, discovery matters have been referred to Judge Ryu.

13

    iii.   **Request for Production of Documents, Set Two**

14

    1.   <u>Date propounded</u>: June 12, 2017

15

    2.   <u>Status</u>: AHM responded on July 21, 2017.

16

17

18

19

20

21

22

    3.   <u>Next steps required to complete the discovery or conclude any dispute regarding that discovery</u>: Plaintiffs are reviewing AHM's responses to Plaintiffs' discovery and will meet and confer with AHM about any perceived deficiencies and/or issues that are not already presented by the First Set of discovery demands. As discussed below, discovery matters have been referred to Judge Ryu.

23

    iv.   **Interrogatories, Set Two**

24

    1.   <u>Date propounded</u>: June 12, 2017

25

    2.   <u>Status</u>: AHM responded on July 21, 2017.

26

27

    3.   <u>Next steps required to complete the discovery or conclude any dispute regarding that discovery</u>: Plaintiffs are reviewing

28

2

FOURTH JOINT CASE MANAGEMENT STATEMENT

1    AHM's responses to Plaintiffs' discovery and will meet and

2    confer with AHM about any perceived deficiencies and/or

3    issues that are not already presented by the First Set of

4    discovery demands.  As discussed below, discovery matters

5    have been referred to Judge Ryu.

6    b.   Discovery Propounded by the Defendant:

7       i.   **Requests for Production of Documents, Set One**

8          1.   Date propounded: March 31, 2017.

9          2.   Status: Plaintiffs' responded on June 29, 2017.  AHM proposed

10            a protocol to govern the related inspection of Plaintiffs'

11            vehicles and cellular telephones on June 29, 2017.  Plaintiffs

12            responded with proposed changes to the proposed inspection

13            protocol on July 11, 2017.  AHM will continue to meet and

14            confer with Plaintiffs in an attempt to finalize the protocol, and

15            scheduling the inspections. The parties will be presenting the

16            current status of these discussions to Judge Ryu, as discussed

17            below.

18          3.   Next steps required to complete the discovery or conclude any

19            dispute regarding that discovery: AHM is reviewing Plaintiffs'

20            responses.  As discussed below, discovery matters have been

21            referred to Judge Ryu.

22      ii.   **Interrogatories, Set One**

23          1.   Date propounded: March 31, 2017

24          2.   Status: Plaintiffs responded on June 29, 2017.

25          3.   Next steps required to complete the discovery or conclude any

26            dispute regarding that discovery: As discussed below,

27            discovery matters have been referred to Judge Ryu.

28

3

FOURTH JOINT CASE MANAGEMENT STATEMENT

c.  Initial Disclosures

i.  **Plaintiffs**: On January 20, 2017, Plaintiffs produced their initial disclosures and accompanying documents, consisting of ownership documentation by numerous plaintiffs regarding their vehicles, such as registration, title, insurance, VIN, and service history. On February 15, 2017, Plaintiffs supplemented these disclosures with additional documents. The parties continue to meet and confer on Plaintiffs' disclosures in an effort to resolve any disputes informally without Court involvement. As discussed below, discovery matters have been referred to Judge Ryu.

ii.  **Defendant**: On January 20, 2017, Defendant AHM produced its initial disclosures and accompanying documents.  On June 20, 2017, AHM produced supplemental disclosures pursuant to Rule 26(a)(1). Plaintiffs have not requested any further supplementation of Defendant AHM's initial disclosures.

d.  Other discovery discussed, even if it has not yet been propounded

i.  Defendant AHM may also serve third-party discovery to unnamed members of the proposed class, including former named plaintiffs Ron Alul, Rebecca Gray, and Janice Pfeiffer. The Parties will discuss the discovery AHM intends to seek in an effort to resolve any disputes prior to service of any discovery of former named plaintiffs.

ii.  Plaintiffs will be seeking discovery from third parties, including suppliers, with information relevant to the HandsFreeLink systems at issue in this litigation.

2.  **OTHER ISSUES REQUIRING THE COURT'S ATTENTION OR THAT BEAR ON THE PROGRESS OF THE CASE**

a.  **Mediation Date**

4

FOURTH JOINT CASE MANAGEMENT STATEMENT

      i.  <u>Status</u>:

          1.  On November 18, 2016, the parties submitted a stipulation consenting to private mediation on or before August 1, 2017. (D.E. 37.)

          2.  The Court "so ordered" the same. (D.E. 40.)

          3.  On June 30, 2017, the parties submitted am amended stipulation consenting to private mediation on or before February 26, 2018. (D.E. 93)

          4.  The Court "so ordered" the same on July 5, 2017. (D.E. 95)

b.  **Second Amended Class Action Complaint (Consolidated Actions)**

      i.  <u>Status</u>:

          1.  On April 25, 2017 the Court entered its Order on AHM's Motion to Dismiss.  (D.E. 81).  On June 28, 2017, the Court entered an Amended Order on AHM's Motion to Dismiss. (D.E. 91).

          2.  On June 28, 2017, the parties submitted a proposed order consolidating the *Aberin* and *Burgess* actions.  (D,E, 90).  On June 28, 2017, the Court entered the order consolidating the two actions.  (D.E. 92)

          3.  On July 7, 2017, Plaintiffs filed their Second Amended Class Action Complaint.  (D.E. 98)

      ii.  <u>Next steps</u>:

          1.  On July 12, 2017, the parties submitted a stipulation providing AHM until August 21, 2017 to answer, move or otherwise respond to the Second Amended Class Action Complaint. (D.E. 100)

c.  **ESI Protocol**

5

FOURTH JOINT CASE MANAGEMENT STATEMENT

i.   <u>Status</u>:

1. On March 31, 2017, the parties submitted a stipulated proposed ESI protocol order to the Court.

2. The Court entered the submitted ESI protocol order on Monday, April 3, 2017. (D.E. 77.)

3. The parties have been engaged in a meet and confer process related to ESI Search Terms and other discovery matters relevant to the discovery from ESI sources.

4. On July 21, 2017, AHM voluntarily produced a corpus of 1,346 pages (158 documents). Some of the documents are ESI, and some were voluntarily provided by affiliates of AHM. AHM produced the information to assist Plaintiffs in further development of proposed ESI search terms from an informed perspective. Although Plaintiffs appreciate that the list of documents was selected unilaterally by AHM and believe the documents may be of no wider utility, AHM believes in good faith that these documents are among the most salient and relevant documents in this case.

5. Plaintiffs are reviewing these documents in the parties' continuing efforts to finalize an initial list of ESI search terms.

6. The parties intend to test the initial set of ESI search terms against the sources of ESI to determine if further refinements need to be made, and whether cost-sharing would be appropriate in light of proportionality principles as measured against Plaintiffs' discovery demands.

FOURTH JOINT CASE MANAGEMENT STATEMENT

7.   The parties will be presenting the current status of these discussions to Judge Ryu, as discussed below.

   d.   **Protective Order**

      i.   <u>Status</u>:

         1.   On March 31, 2017, the parties submitted a stipulated proposed Protective order to the Court.

         2.   The Court entered the submitted Protective order on Tuesday, April 4, 2017. (D.E. 78.)

      ii.   <u>Next steps required to conclude any dispute</u>: None.

   e.   ***Plaintiffs (Opposed) Motion for Appointment of Interim Co-Lead Class Counsel and Appointment of Executive Committee***

      i.   On June 22, 2017, Plaintiffs filed their motion to appoint interim co-lead class counsel and to establish an Executive Committee to accommodate and recognize each of the two lawsuits.  (D.E. 85).  On July 6, 2017, AHM filed an opposition to Plaintiffs' Motion.  (D.E. 96).  On July 13, 2017, Plaintiffs filed their reply in further support of their Motion.  (D.E. 101).

      ii.   The Court directed that it will hear argument on the Motion for Appointment of Interim Co-Lead Class Counsel and Appointment of Executive Committee at the August 24, 2017 Status Conference.

   f.   ***Referral of Discovery Disputes to Magistrate Donna M. Ryu***

      i.   In a minute entry following the Third Status Conference, this Court stated that it "will refer the parties to Magistrate Judge Ryu for the resolution of discovery disputes. The Court will issue a written referral order. By June 30, 2017 the parties shall file a proposed order or competing proposed orders that lists when a discovery letter brief is due to Judge Ryu, and what disputes the joint letter brief will resolve."  (D.E.89)

7

FOURTH JOINT CASE MANAGEMENT STATEMENT

ii.   On June 30, 2017, the parties submitted a joint statement with the
Court, including a proposed process for presentation of the discovery
disputes by August 10, 2017.  (D.E. 94)

iii.   On August 1, 2017, Judge Ryu entered an Order Setting Discovery
Planning Telephone Call. (D.E. 103).  Judge Ryu will be holding an
informal discovery planning telephone call on August 31, 2017 at 1:00
p.m. Pacific time.  The parties are to continue their efforts to meet and
confer and be prepared to discuss an overall discovery plan, priorities
and phasing, and are to be prepared to brief the court regarding the
status of the disputes outlined in their June 30, 2017 joint discovery
statement. The parties continue to work to informally resolve or at least
limit discovery disputes requiring Judge Ryu's intervention.

DATED: August 14, 2017                          Respectfully submitted,

*Attorneys for Defendant American Honda*         *Attorneys for Plaintiffs and the Proposed Classes*
*Motor Company, Inc.*

SIDLEY AUSTIN LLP                                SEEGER WEISS LLP

By */s/ Livia M. Kiser*                          By */s/ Christopher A. Seeger*
Livia M. Kiser (SBN 285411)                      Christopher A. Seeger (*pro hac vice*)
lkiser@sidley.com                                Stephen A. Weiss (*pro hac vice*)
Michael C. Andolina (*pro hac vice*)             Scott Alan George (*pro hac vice*)
mandolina@sidley.com                             SEEGER WEISS LLP
Andrew J. Chinsky (*pro hac vice*)               77 Water Street, New York,
achinsky@sidley.com                              New York, NY 10005
SIDLEY AUSTIN LLP                                Telephone:  (212) 584-0700
One South Dearborn                               Facsimile: (212) 584-0799
Chicago, IL 60603                                Email: cseeger@seegerweiss.com
Tel: (312) 853-7000                              Email: sweiss@seegerweiss.com
Fax: (312) 853-7036                              Email: sgeorge@seegerweiss.com

Eric B. Schwartz (SBN 266554)                    Steve W. Berman (*pro hac vice*)
eschwartz@sidley.com                             Catherine Y.N. Gannon (*pro hac vice*)
SIDLEY AUSTIN LLP                                HAGENS BERMAN SOBOL SHAPIRO LLP
555 West Fifth Street, Suite 4000                1918 Eighth Avenue, Suite 3300

8

FOURTH JOINT CASE MANAGEMENT STATEMENT

1   Los Angeles, California 90013
    Tel: (213) 896-6666
2   Fax: (213) 896-6600

3

Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
Email: catherineg@hbsslaw.com

4

Shana E. Scarlett (SBN 217895)
5   715 Hearst Avenue, Suite 202
    Berkeley, CA  94710
6   Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
7   Email: shanas@hbsslaw.com

8

Roland K. Tellis (SBN 186269)
Mark P. Pifko (SBN 228412)
9   BARON & BUDD, P.C.
    15910 Ventura Blvd, Suite 1600
10  Encino, CA  91436
    Telephone: (818) 839-2320
11  Facsimile: (818) 986-9698
    Email: rtellis@baronbudd.com
12  Email: mpifko@baronbudd.com

13

James E. Cecchi (*pro hac vice*)
14  CARELLA, BYRNE, CECCHI, OLSTEIN,
    BRODY & AGNELLO, P.C.
15  5 Becker Farm Road
    Roseland, NJ  07068
16  Telephone: (973) 994-1700
    Facsimile: (973) 994-1744
17  Email: jcecchi@carellabyrne.com

18

19

20

21

22

23

24

25

26

27

28

9

FOURTH JOINT CASE MANAGEMENT STATEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation.  In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.


Dated: August 14, 2017                                 By:*/s/  Christopher A. Seeger*