

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036

AMERICA • ASIA PACIFIC • EUROPE

August 25, 2017

**Via ECF**

Magistrate Judge Donna M. Ryu
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

      Re:    Aberin et al. v. American Honda Motor Co., Inc., Case No. 16-cv-04384-JST (DMR)

Dear Judge Ryu:

    Pursuant to your August 1, 2017, Order Setting Discovery Planning Telephone Call (D.E. 103), the parties hereby select the following attorneys to participate in the August 31, 2017, discovery planning telephone call:

| Plaintiffs: | American Honda Motor Co., Inc.: |
|---|---|
| Scott A. George<br>SEEGER WEISS LLP | Livia M. Kiser<br>Andrew J. Chinsky<br>SIDLEY AUSTIN LLP |
| Mark P. Pifko<br>BARON & BUDD, P.C. | |

    Pursuant to Civil Local Rule 5.1, I also attest that I am the ECF user whose identification and password are being used to file this letter and that plaintiffs' counsel above has concurred in this filing.

                                                      Best regards,

                                                      /s/  Livia M. Kiser
                                                           Livia M. Kiser