Christopher A. Seeger (*pro hac vice*)
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, NY  10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeger@seegerweiss.com

James E. Cecchi (*pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com
*Counsel for Plaintiffs and the Proposed Classes*
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *Aberin et al. v. American Honda Motor Co., Inc.* | No. 3:16-cv-04384-JST<br><br>**JOINT STIPULATION REGARDING SCHEDULING SUBMITTED PURSUANT TO AUGUST 24, 2017, ORDER (D.E. 107)**<br><br>**Second Amended Complaint filed: July 7, 2017**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to this Court's August 24, 2017, Order (D.E. 107), Plaintiffs Lindsey and Jeff Aberin, Don Awtry, Charles Burgess, Daniel Criner, Jared Croooks, Ron Alul, Mark Gerstle, John Kelly, Yun-Fei Lou, Joy Matza, Jordan Moss, Donald Tran, and Melissa Yeung (collectively,

1

"Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM" and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby submit this Joint Stipulation Regarding Scheduling of (1) Defendant's Motion to Dismiss Certain Counts in Plaintiffs' Second Amended Complaint, to Strike Certain Restitution Claims, and for Sanctions for Spoliation of Evidence ("Motion to Dismiss") (D.E. 105); and (2) a Case Management Conference.

1. On July 7, 2017, Plaintiffs filed their Second Amended Class Action Complaint ("SACC").

2. On July 12, 2017, the Parties stipulated to an extension of time allowing Defendant until August 21, 2017 to respond to the SACC.

3. On August 21, 2017, Defendant filed its Motion to Dismiss Certain Counts in Plaintiffs' Second Amended Complaint, to Strike Certain Restitution Claims, and for Sanctions for Spoliation of Evidence ("Motion to Dismiss") (D.E. 105).

4. Plaintiff's response to the Motion to Dismiss is currently due on September 5, 2017.

5. The Parties agree that Plaintiff shall have up until and including October 6, 2017 to respond to the Motion to Dismiss.

6. The Parties agree that AHM shall have up until and including October 31, 2017 to submit a reply in support of its Motion to Dismiss.

7. The Parties propose that the hearing on the Motion to Dismiss be rescheduled from September 28, 2017 at 2:00 p.m. to November 16, 2017 at 2:00 p.m., or to another date convenient to the Court.

8. The Parties proposed that a Case Management Conference be scheduled for December 13, 2017 at 2:00 p.m., or to another date convenient to the Court.

9. The Parties shall file a Joint Case Management Conference Statement seven (7) Court days prior to the Conference.

10. This stipulation and request is made in the interest of justice, not to delay the proceedings, and will not prejudice any party. The requested extension will have no impact on the schedule for the litigation.

DATED: September 5, 2017                                Respectfully submitted,

*Attorneys for Defendant American Honda Motor Company, Inc.*

SIDLEY AUSTIN LLP

By */s/ Livia M. Kiser*
Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (*pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (*pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

*Attorneys for Plaintiffs and the Proposed Classes*

SEEGER WEISS LLP

By */s/ Christopher A. Seeger*
Christopher A. Seeger (*pro hac vice*)
Stephen A. Weiss (*pro hac vice*)
Scott Alan George (*pro hac vice*)
SEEGER WEISS LLP
77 Water Street, New York,
New York, NY 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeger@seegerweiss.com
Email: sweiss@seegerweiss.com
Email: sgeorge@seegerweiss.com

Steve W. Berman (*pro hac vice*)
Catherine Y.N. Gannon *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: catherineg@hbsslaw.com

Shana E. Scarlett (SBN 217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

Roland K. Tellis (SBN 186269)
Mark P. Pifko (SBN 228412)
BARON & BUDD, P.C.
15910 Ventura Blvd, Suite 1600
Encino, CA  91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698
Email: rtellis@baronbudd.com
Email: mpifko@baronbudd.com

James E. Cecchi (*pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation.  In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.


Dated: September 5, 2017                                    By:*/s/  Christopher A. Seeger*

**PROPOSED] ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

DATED:

_____
Hon. Jon S. Tigar