Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (admitted *pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (admitted *pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

*Attorneys for Defendant American
Honda Motor Co. Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINDSEY and JEFF ABERIN, DON AWTREY, CHARLES BURGESS, DANIEL CRINER, JARED CROOKS, MARK GERSTLE, JOHN KELLY, YUN-FEI LOU, JOY MATZA, JORDAN MOSS, DONALD TRAN, and MELISSA YEUNG, individually and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 3:16-cv-04384-JST<br><br>**STIPULATION AND [PROPOSED] ORDER INCREASING THE PAGE LIMIT OF AMERICAN HONDA MOTOR CO., INC'S REPLY IN SUPPORT OF MOTION TO DISMISS BY TWO PAGES**<br><br>Date: November 16, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor, Phillip Burton Federal Building<br>The Hon. Jon S. Tigar |

Plaintiffs Lindsey and Jeff Aberin, Don Awtrey, Charles Burgess, Daniel Criner, Jared Crooks, Mark Gerstle, John Kelly, Yun-Fei Lou, Joy Matza, Jordan Moss, Donald Tran, and Melissa Yeung ("Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM"), pursuant to Northern District of California Civil Local Rule 7-12 and subject to approval by the Court, hereby stipulate to increase the page limit of AHM's Reply in Support of Motion to Dismiss by two pages (from 15 pages to 17 pages), and in support state as follows:

1. On July 7, 2017, Plaintiffs filed their Second Amended Class Action Complaint ("SAC").

2. The SAC includes 12 named Plaintiffs who seek to bring a putative nationwide class action or, alternatively, putative statewide subclasses for 8 different states. The SAC includes causes of action set out in 40 separate counts.

3. On August 21, 2017, AHM filed a Motion to Dismiss ("Motion") certain counts of the SAC.

4. On October 6, 2017, Plaintiffs filed an Opposition to the Motion ("Opposition").

5. AHM's Reply in Support of its Motion ("Reply") is due October 31, 2017. AHM has endeavored to keep its Reply as succinct as possible, but given the number of Plaintiffs, the complexity of the issues—including legal arguments raised by Plaintiffs for the first time in their Opposition which, while proper, AHM has not had a chance to previously address—and desire to avoid the need for future motions to dismiss, AHM respectfully submits that two extra pages are appropriate to allow AHM to fully respond to Plaintiff's Opposition.

6. AHM does not intend to raise any new arguments in its Reply that it has not raised in its Motion or that Plaintiffs did not raise in their Opposition.

WHEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court enter an Order increasing the page limit of AHM's Reply by two pages (from 15 to 17 pages).

STIPULATION AND [PROPOSED] ORDER TO INCREASE THE PAGE LIMIT OF AMERICAN HONDA MOTOR CO., INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS BY TWO PAGES

1

| | |
|---|---|
| DATED: October 26, 2017 | Respectfully submitted, |

| | |
|---|---|
| *Attorneys for Defendant American Honda Motor Company, Inc.* | *Attorneys for Plaintiffs and the Proposed Classes* |
| SIDLEY AUSTIN LLP | SEEGER WEISS LLP |
| By */s/ Livia M. Kiser*<br>Livia M. Kiser (SBN 285411)<br>lkiser@sidley.com<br>Michael C. Andolina (*pro hac vice*)<br>mandolina@sidley.com<br>Andrew J. Chinsky (*pro hac vice*)<br>achinsky@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br>Fax: (312) 853-7036<br><br>Eric B. Schwartz (SBN 266554)<br>eschwartz@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Tel: (213) 896-6666<br>Fax: (213) 896-6600 | By */s/ Christopher A. Seeger*<br>Christopher A. Seeger (*pro hac vice*)<br>Stephen A. Weiss (*pro hac vice*)<br>Scott Alan George (*pro hac vice*)<br>Daniel R. Leathers (*pro hac vice*)<br>SEEGER WEISS LLP<br>77 Water Street, New York,<br>New York, NY 10005<br>Telephone: (212) 584-0700<br>Facsimile: (212) 584-0799<br>Email: cseeger@seegerweiss.com<br>Email: sweiss@seegerweiss.com<br>Email: sgeorge@seegerweiss.com<br>Email: dleathers@seegerweiss.com<br><br>Steve W. Berman (*pro hac vice*)<br>Catherine Y.N. Gannon (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com<br>Email: catherineg@hbsslaw.com<br><br>Shana E. Scarlett (SBN 217895)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>Email: shanas@hbsslaw.com<br><br>Roland K. Tellis (SBN 186269)<br>Mark P. Pifko (SBN 228412)<br>BARON & BUDD, P.C.<br>15910 Ventura Blvd, Suite 1600<br>Encino, CA 91436<br>Telephone: (818) 839-2320<br>Facsimile: (818) 986-9698<br>Email: rtellis@baronbudd.com<br>Email: mpifko@baronbudd.com |

STIPULATION AND [PROPOSED] ORDER TO INCREASE THE PAGE LIMIT OF AMERICAN HONDA MOTOR CO., INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS BY TWO PAGES

2

James E. Cecchi (*pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

James C. Shah
Shepherd Finkelman Miller & Shah, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: 415-429-5272
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

Toby James Marshall (pro hac vice)
Amanda M Steiner (pro hac vice)
Brittany A. Madderra (pro hac vice)
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: tmarshall@terrellmarshall.com
Email: asteiner@terrellmarshall.com
Email: bmadderra@terrellmarshall.com

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO INCREASE THE PAGE LIMIT OF AMERICAN HONDA MOTOR CO., INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS BY TWO PAGES

3

# [PROPOSED] ORDER

PURUSANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 26, 2017

_____
HON JON. S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO INCREASE THE PAGE LIMIT OF AMERICAN HONDA MOTOR CO., INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS BY TWO PAGES

5