1  Christopher A. Seeger (*pro hac vice*)
   SEEGER WEISS LLP
2  77 Water Street, 26th Floor
   New York, NY 10005
3  Tel: (212) 584-0700
   Fax: (212) 584-0799
4  cseeger@seegerweiss.com

5  James E. Cecchi (*pro hac vice*)
   CARELLA, BYRNE, CECCHI, OLSTEIN,
6  BRODY & AGNELLO, P.C.
   5 Becker Farm Road
7  Roseland, NJ 07068
   Tel: (973) 994-1700
8  Fax: (973) 994-1744
   jcecchi@carellabyrne.com
9

10  *Interim Co-Lead Class Counsel*

11

12

13 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
14 **SAN FRANCISCO DIVISION**

15 | *Aberin et al. v. American Honda Motor Co., Inc.* |   |
| --- | --- |
|   | Case No. 3:16-cv-04384-JST |
|   | **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF MARK GERSTLE** |
|   | Complaint Filed: August 3, 2016 |

**TO THE COURT, DEFENDANT AMERICAN HONDA MOTOR CO., INC. AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Mark Gerstle hereby voluntarily dismisses his claims against Defendant American Honda Motor Co., Inc., without prejudice, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant American Honda Motor Co., Inc. has neither filed an answer, nor moved for summary judgment, and a class has not yet been certified. Therefore, Plaintiff Gerstle's claims may be dismissed without prejudice, and without a court order.

DATED: December 13, 2017.                           SEEGER WEISS LLP

                                            By:    /s/Christopher A. Seeger_____
                                                   Christopher A. Seeger (*pro hac vice*)
                                                   Email: cseeger@seegerweiss.com
                                                   77 Water Street
                                                   New York, New York 10005
                                                   Telephone: (212) 584-0700
                                                   Facsimile: (212) 584-0799

                                                   James E. Cecchi (*pro hac vice*)
                                                   Email: jcecchi@carellabyrne.com
                                                   CARELLA, BYRNE, CECCHI,
                                                   OLSTEIN, BRODY& AGNELLO, P.C.
                                                   5 Becker Farm Road
                                                   Roseland, New Jersey 07068
                                                   Telephone: (973) 994-1700
                                                   Facsimile: (973) 994-1744

                                                   *Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I, Christopher A. Seeger, hereby certify that on December 13, 2017, I caused true and correct copies of the foregoing to be served, pursuant to this Court's electronic filing procedures, via the ECF system.

DATED this 13th day of December, 2017.

SEEGER WEISS LLP
By: */s/ Christopher A. Seeger*
Christopher A. Seeger (*pro hac vice*)
Email: cseeger@seegerweiss.com
77 Water Street
New York, New York 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Attorneys for Plaintiffs*