Christopher A. Seeger, *Admitted Pro Hac Vice*
Email: cseeger@seegerweiss.com
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, New York 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

James E. Cecchi, *Admitted Pro Hac Vice*
Email: jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN
BRODY & AGENLLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| *Aberin et al. v. American Honda Motor Co., Inc.* | NO.  3:16-cv-04384-JST |
|---|---|
| | **NOTICE OF CHANGE OF COUNSEL** |
| | CLASS ACTION |
| | **DEMAND FOR JURY TRIAL** |
| | The Honorable Jon S. Tigar |

    PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1(c)(2)(C), Brittany A. Madderra is no longer counsel of record for Plaintiff Charles Burgess in this matter. Copies of all future papers and pleadings shall continue to be served upon the remaining attorneys of record for Plaintiffs.

1

2    RESPECTFULLY SUBMITTED AND DATED this 24th day of January, 2018.

3                                        TERRELL MARSHALL LAW GROUP PLLC

4
                                         By: /s/ Brittany A. Madderra, *Admitted Pro Hac Vice*
5                                            Toby J. Marshall, *Admitted Pro Hac Vice*
                                             Email:  tmarshall@terrellmarshall.com
6                                            Amanda M. Steiner, SBN #190047
                                             Email: asteiner@terrellmarshall.com
7                                            Brittany A. Madderra, *Admitted Pro Hac Vice*
                                             Email: bmadderra@terrellmarshall.com
8                                            936 North 34th Street, Suite 300
                                             Seattle, Washington 98103-8869
9                                            Telephone: (206) 816-6603
                                             Facsimile: (206) 319-5450
10

11                                           Christopher A. Seeger, *Admitted Pro Hac Vice*
                                             Email:  cseeger@seegerweiss.com
12                                           Stephen A. Weiss, *Admitted Pro Hac Vice*
                                             Email:  sweiss@seegerweiss.com
13                                           Scott Alan George, *Admitted Pro Hac Vice*
                                             Email:  sgeorge@seegerweiss.com
14                                           Daniel R. Leathers, *Admitted Pro Hac Vice*
                                             Email:  dleathers@seegerweiss.com
15                                           77 Water Street
                                             New York, New York 10005
16                                           Telephone: (212) 584-0700
                                             Facsimile: (212) 584-0799
17

18                                           James E. Cecchi, *Admitted Pro Hac Vice*
                                             Email: jcecchi@carellabyrne.com
19                                           CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                BRODY & AGNELLO, P.C.
20                                           5 Becker Farm Road
                                             Roseland, New Jersey 07068
21                                           Telephone: (973) 994-1700
                                             Facsimile: (973) 994-1744
22

23                                        *Interim Co-Lead Class Counsel*

24

25

26

27

NOTICE OF CHANGE OF COUNSEL - 2
CASE NO. 3:16-CV-04384-JST

*Of Counsel:*

James C. Shah, SBN #260435
Email:  jshah@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 429-5272
Facsimile: (866) 300-7367

Steve W. Berman, *Admitted Pro Hac Vice*
Email: steve@hbsslaw.com
Catherine Y.N. Gannon, *Admitted Pro Hac Vice*
Email: catherineg@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Shana E. Scarlett, SBN# 217895
Email:  shanas@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Roland K. Tellis, SBN #186269
Email: rtellis@baronbudd.com
Mark P. Pifko, SBN #228412
Email: mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Blvd, Suite 1600
Encino, California 91436
Telephone: (818) 839-2320
Facsimile: (818) 986-9698

*Attorneys for Plaintiffs*

NOTICE OF CHANGE OF COUNSEL - 3
CASE NO. 3:16-CV-04384-JST

# CERTIFICATE OF SERVICE

I, Brittany A. Madderra, hereby certify that on January 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Livia M. Kiser, SBN #285411
Email: lkiser@sidley.com
Michael C. Andolina, *Admitted Pro Hac Vice*
Email: mandolina@sidley.com
Andrew J. Chinsky, *Admitted Pro Hac Vice*
Email: achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Eric B. Schwartz, SBN #266554
Email: eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6666
Facsimile: (213) 896-6600

*Attorneys for Defendant American Honda Motor Co. Inc.*

DATED this 24th day of January, 2018.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Brittany A. Madderra, *Admitted Pro Hac Vice*
Brittany A. Madderra, *Admitted Pro Hac Vice*
Email: bmadderra@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*