UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsay Aberin, et al. , <br><br> Plaintiff(s) <br><br> v. <br><br> American Honda Motor Company Inc. , <br><br> Defendant(s) | CASE No C 3:16-cv-04384-JST <br><br> SECOND AMENDED <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS <br><br> (SUPERSEDES D.E. 95) |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Private ADR** (*specify process and provider*)
  Mediation by JAMS Mediator to be agreed upon by the parties

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

- ☒ other requested deadline: September 26, 2018

Date: 2/13/2018          /s/ Christopher A. Seeger
                         Attorney for Plaintiff

Date: 2/13/2018          /s/ Livia M. Kiser
                         Attorney for Defendant

Print Form

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Selecting ADR Process.  In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated: February 13, 2018                                     By: /s/ Christopher A. Seeger
                                                                              Christopher A. Seeger