Christopher A. Seeger, *Admitted Pro Hac Vice*
Email: cseeger@seegerweiss.com
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

James E. Cecchi, *Admitted Pro Hac Vice*
Email: jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN
BRODY & AGENLLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Aberin et al. v. American Honda Motor Co., Inc.* | No. 3:16-cv-04384-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL FOR PLAINTIFF JARED CROOKS** |

010388-11 933828 V1

1 **TO THE COURT, DEFENDANT AMERICAN HONDA MOTOR CO., INC., AND**
2 **COUNSEL OF RECORD:**

3 **PLEASE TAKE NOTICE** that Plaintiff Jared Crooks hereby voluntarily dismisses his claims against Defendant American Honda Motor Co. Inc., without prejudice, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant American Honda Motor Co. has neither filed an answer, nor moved for summary judgment, and a class has not yet been certified. Therefore, Plaintiff Jared Crooks' claims may be dismissed without prejudice, and without a court order.

DATED:  March 26, 2018                               SEEGER WEISS LLP

By: _____*/s/ Christopher A. Seeger*_____
Christopher A. Seeger (admitted *pro hac vice*)
Daniel R. Leathers (admitted *pro hac vice*)
Scott A. George (admitted *pro hac vice*)
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 077660
Tel: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com
Email: dleathers@seegerweiss.com
Email: sgeorge@seegerweiss.com

James E. Cecchi (admitted *pro hac vice*)
Lindsey H. Taylor (admitted *pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
Email: jcecchi@carellabyrne.com
Email: ltaylor@carellabyrne.com

*Interim Co-Lead Class Counsel*

NOTICE OF VOLUNTARY
DISMISSAL OF PLAINTIFF JARED CROOKS - 1
Case No.: 3:16-cv-04384-JST

# CERTIFICATE OF SERVICE

I, Christopher A. Seeger, hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Livia M. Kiser, SBN #285411
> Email: lkiser@sidley.com
> Michael C. Andolina, *Admitted Pro Hac Vice*
> Email: mandolina@sidley.com
> Andrew J. Chinsky, *Admitted Pro Hac Vice*
> Email: achinsky@sidley.com
> SIDLEY AUSTIN LLP
> One South Dearborn
> Chicago, Illinois 60603
> Telephone: (312) 853-7000
> Facsimile: (312) 853-7036
>
> Eric B. Schwartz, SBN #266554
> Email: eschwartz@sidley.com
> SIDLEY AUSTIN LLP
> 555 West Fifth Street, Suite 4000
> Los Angeles, California 90013
> Telephone: (213) 896-6666
> Facsimile: (213) 896-6600
>
> *Attorneys for Defendant American Honda Motor Co. Inc.*

DATED this 26th day of March, 2018.

> SEEGER WEISS LLP
>
> By:  /s/ Christopher A. Seeger
>     Christopher A. Seeger, *Admitted Pro Hac Vice*
>     Email: cseeger@seegerweiss.com
>     55 Challenger Road, 6th Floor
>     Ridgefield Park, NJ 07660
>     Telephone: (212) 584-0700
>     Facsimile: (212) 584-0799
>
> *Attorneys for Plaintiffs*