Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Lindsay Aberin, et al.,

    Plaintiff(s)

v.

American Honda Motor Company Inc.,

    Defendant(s)

CASE No C 3:16-cv-04384-JST

SECOND AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

(SUPERSEDES D.E. 95)

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☑ **Private ADR** (*specify process and provider*)
  Mediation by JAMS Mediator to be agreed upon by the parties

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☑ other requested deadline: September 26, 2018

Date: 2/13/2018     /s/ Christopher A. Seeger
                       Attorney for Plaintiff

Date: 2/13/2018     /s/ Livia M. Kiser
                       Attorney for Defendant

Print Form

■ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: April 2, 2018

                       U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*