Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (admitted *pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (admitted *pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

*Attorneys for Defendant American Honda Motor Co., Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINDSEY and JEFF ABERIN, DON AWTREY, CHARLES BURGESS, DANIEL CRINER, JARED CROOKS, MARK GERSTLE, JOHN KELLY, YUN-FEI LOU, JOY MATZA, JORDAN MOSS, DONALD TRAN, and MELISSA YEUNG, individually and on behalf of all others similarly situated. <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | Case No. 3:16-cv-04384-JST <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING AMERICAN HONDA MOTOR CO., INC.'S COUNSEL TO APPEAR TELEPHONICALLY AT APRIL 18, 2018 STATUS CONFERENCE** <br><br> Hon. Judge Jon S. Tigar |

| | |
|---|---|
| 1 | Plaintiffs Lindsey and Jeff Aberin, Don Awtrey, Charles Burgess, Daniel Criner, John Kelly, Yun-Fei Lou, Joy Matza, and Melissa Yeung ("Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM"), pursuant to Paragraph D of the Court's Standing Order for all Civil Cases, and subject to approval by the Court, hereby stipulate that AHM attorneys Livia M. Kiser and Andrew J. Chinsky may appear telephonically at the Sixth Status Conference scheduled to take place on April 18, 2018 at 11:00 a.m. Pacific time in Courtroom 9 of the above-captioned Court, and in support state as follows: |

1. AHM's lead attorney on this matter, Livia M. Kiser, is required to attend a court hearing in another matter in the United States District Court for the Northern District of Illinois, which prevents her from personally attending the April 18, 2018 hearing in this matter;

2. AHM would like its lead attorney, Ms. Kiser, to be permitted to appear at the April 18, 2018 hearing telephonically, along with AHM attorney Andrew J. Chinsky;

3. Ms. Kiser and Mr. Chinsky are each based in Chicago, Illinois;

4. AHM attorney Eric B. Schwartz, who has previously appeared at hearings in this matter and has presented arguments to the Court on behalf of AHM, will attend the April 18, 2018 hearing in person; and

5. The parties filed their Sixth Joint Case Management Statement on April 9, 2018 (D.E. 141).

WHEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court enter an Order permitting AHM attorneys Livia M. Kiser and Andrew J. Chinsky to appear telephonically at the Sixth Status Conference on April 18, 2018.

DATED: April 11, 2018                                    Respectfully Submitted,

| | |
|---|---|
| *Attorneys for Defendant American Honda Motor Company, Inc.* | *Interim Co-Lead Class Counsel* |
| SIDLEY AUSTIN LLP | SEEGER WEISS LLP |
| By */s/ Livia M. Kiser*_____<br>Livia M. Kiser (SBN 285411)<br>lkiser@sidley.com | By */s/ Christopher A. Seeger*_____<br>Christopher A. Seeger (*pro hac vice*)<br>SEEGER WEISS LLP |

| | | |
|---|---|---|
| 1 | Michael C. Andolina (*pro hac vice*) | 77 Water Street, New York, |
|   | mandolina@sidley.com | New York, NY 10005 |
| 2 | Andrew J. Chinsky (*pro hac vice*) | Telephone: (212) 584-0700 |
|   | achinsky@sidley.com | Facsimile: (212) 584-0799 |
| 3 | SIDLEY AUSTIN LLP | Email: cseeger@seegerweiss.com |
|   | One South Dearborn | Email: sweiss@seegerweiss.com |
| 4 | Chicago, IL 60603 | Email: sgeorge@seegerweiss.co |
|   | Tel: (312) 853-7000 | |
| 5 | Fax: (312) 853-7036 | James E. Cecchi (*pro hac vice*) |
|   |   | CARELLA, BYRNE, CECCHI, OLSTEIN, |
| 6 | Eric B. Schwartz (SBN 266554) | BRODY & AGNELLO, P.C. |
|   | eschwartz@sidley.com | 5 Becker Farm Road |
| 7 | SIDLEY AUSTIN LLP | Roseland, NJ 07068 |
|   | 555 West Fifth Street, Suite 4000 | Telephone: (973) 994-1700 |
| 8 | Los Angeles, California 90013 | Facsimile: (973) 994-1744 |
|   | Tel: (213) 896-6666 | Email: jcecchi@carellabyrne.com |
| 9 | Fax: (213) 896-6600 | |

**[PROPOSED] ORDER**

IT IS ORDERED that AHM attorneys Livia M. Kiser and Andrew J. Chinsky may appear telephonically at the Sixth Status Conference scheduled to take place on April 18, 2018 at 11:00 a.m. Pacific time in Courtroom 9 of the above-captioned Court. AHM's counsel shall contact the courtroom deputy at (415) 522-2036 or jstcrd@cand.uscourts.gov to provide a single direct dial number at which all AHM counsel appearing telephonically can be reached.

DATED: April 12, 2018

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

## **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated: April 11, 2018                              By: /s/ *Livia M. Kiser*

                                                                     Livia M. Kiser