1

2   Livia M. Kiser (SBN 285411)
    lkiser@sidley.com
3   Michael C. Andolina (admitted *pro hac vice*)
    mandolina@sidley.com
4   Andrew J. Chinsky (admitted *pro hac vice*)
    achinsky@sidley.com
5   SIDLEY AUSTIN LLP
    One South Dearborn
6   Chicago, IL 60603
    Tel: (312) 853-7000
7   Fax: (312) 853-7036

8   Eric B. Schwartz (SBN 266554)
    eschwartz@sidley.com
9   SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
10  Los Angeles, California 90013
    Tel: (213) 896-6666
11  Fax: (213) 896-6600

12  *Attorneys for Defendant American*
    *Honda Motor Co., Inc.*

13              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
14                **SAN FRANCISCO DIVISION**

15  LINDSEY and JEFF ABERIN, DON          )   Case No. 3:16-cv-04384-JST
    AWTREY, CHARLES BURGESS, DANIEL       )
16  CRINER, JARED CROOKS, MARK            )   **STIPULATION AND [PROPOSED]**
    GERSTLE, JOHN KELLY, YUN-FEI LOU,     )   **ORDER SETTING TIME TO FILE**
17  JOY MATZA, JORDAN MOSS, DONALD        )   **AND RESPOND TO THIRD**
    TRAN, and MELISSA YEUNG, individually )   **AMENDED COMPLAINT AND**
18  and on behalf of all others similarly situated. )   **CONTINUING STATUS**
                                          )   **CONFERENCE**
19               Plaintiffs,              )
                                          )
20                                        )
    vs.                                   )
21                                        )   Hon. Judge Jon S. Tigar
    AMERICAN HONDA MOTOR CO., INC.,       )
22                                        )
                 Defendant.               )
23  ──────────────────────────────────   )

24

25

26

27

28

1     Plaintiffs Lindsey and Jeff Aberin, Don Awtrey, Charles Burgess, Daniel Criner, John

2   Kelly, Yun-Fei Lou, Joy Matza, and Melissa Yeung ("Plaintiffs"), and Defendant American

3   Honda Motor Co., Inc. ("AHM"), pursuant to this Court's April 13, 2018 Order (D.E. 144), and

4   subject to approval by the Court, hereby stipulate as follows:

5     1.     Plaintiffs shall file a Third Amended Complaint by April 27, 2018.

6     2.     AHM shall respond to the Third Amended Complaint by May 28, 2018, unless

7   Plaintiffs make material amendments requiring a motion, in which case AHM may request

8   additional time to respond.  AHM's intention, however, is to respond to the pleading with an

9   answer and affirmative defenses so long as Plaintiffs amend their pleading solely to create a

10   clean record of the remaining claims and parties in the lawsuit.

11     WHEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court

12   enter an Order permitting Plaintiffs to file a Third Amended Complaint by April 27, 2018, which

13   shall not include any dismissed claims or parties, and permitting AHM to answer or otherwise

14   respond by May 28, 2018.  Based on the Court's case management order entered on April 13,

15   2018 (D.E. 144), the parties understand that by submitting this Stipulation, the Status Conference

16   currently scheduled for April 18, 2018 will be continued until July 18, 2018 at 2:00 p.m., with an

17   updated case management statement due on July 9, 2018.

18

19   DATED: April 16, 2018                              Respectfully Submitted,

20

21   *Attorneys for Defendant American Honda*          *Interim Co-Lead Class Counsel*
     *Motor Company, Inc.*

22   SIDLEY AUSTIN LLP                                  SEEGER WEISS LLP

23   By */s/ Livia M. Kiser*                            By */s/ Christopher A. Seeger*
     Livia M. Kiser (SBN 285411)                        Christopher A. Seeger (*pro hac vice*)
24   lkiser@sidley.com                                  SEEGER WEISS LLP
     Michael C. Andolina (*pro hac vice*)               77 Water Street, New York,
25   mandolina@sidley.com                               New York, NY 10005
     Andrew J. Chinsky (*pro hac vice*)                 Telephone:  (212) 584-0700
26   achinsky@sidley.com                                Facsimile: (212) 584-0799
     SIDLEY AUSTIN LLP                                  Email: cseeger@seegerweiss.com
27   One South Dearborn                                 Email: sweiss@seegerweiss.com
     Chicago, IL 60603                                  Email: sgeorge@seegerweiss.co

28

Tel: (312) 853-7000
Fax: (312) 853-7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

James E. Cecchi (*pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

**[PROPOSED] ORDER**

      IT IS ORDERED that Plaintiffs shall file a Third Amended Complaint by April 27, 2108, which shall not include any dismissed claims or parties, and AHM shall answer or otherwise respond to the Third Amended Complaint by May 28, 2018.

      IT IS FURTHER ORDERED that the status conference currently scheduled for April 18, 2018 is continued to July 18, 2018 at 2:00 p.m.  An updated case management statement shall be filed by July 9, 2018.

DATED: _____          _____

                                   HON JON S. TIGAR
                                   UNITED STATES DISTRICT JUDGE

## <u>SIGNATURE ATTESTATION</u>

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.


Dated: April 16, 2018                                    By:/s/  *Livia M. Kiser*

                                                                     Livia M. Kiser