Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (admitted *pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (admitted *pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

*Attorneys for Defendant American
Honda Motor Co., Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDSEY and JEFF ABERIN, DON AWTREY, CHARLES BURGESS, DANIEL CRINER, JARED CROOKS, MARK GERSTLE, JOHN KELLY, YUN-FEI LOU, JOY MATZA, JORDAN MOSS, DONALD TRAN, and MELISSA YEUNG, individually and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 3:16-cv-04384-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING TIME TO FILE AND RESPOND TO THIRD AMENDED COMPLAINT AND CONTINUING STATUS CONFERENCE**<br><br>Hon. Judge Jon S. Tigar |

Plaintiffs Lindsey and Jeff Aberin, Don Awtrey, Charles Burgess, Daniel Criner, John Kelly, Yun-Fei Lou, Joy Matza, and Melissa Yeung ("Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM"), pursuant to this Court's April 13, 2018 Order (D.E. 144), and subject to approval by the Court, hereby stipulate as follows:

1. Plaintiffs shall file a Third Amended Complaint by April 27, 2018.

2. AHM shall respond to the Third Amended Complaint by May 28, 2018, unless Plaintiffs make material amendments requiring a motion, in which case AHM may request additional time to respond. AHM's intention, however, is to respond to the pleading with an answer and affirmative defenses so long as Plaintiffs amend their pleading solely to create a clean record of the remaining claims and parties in the lawsuit.

WHEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court enter an Order permitting Plaintiffs to file a Third Amended Complaint by April 27, 2018, which shall not include any dismissed claims or parties, and permitting AHM to answer or otherwise respond by May 28, 2018. Based on the Court's case management order entered on April 13, 2018 (D.E. 144), the parties understand that by submitting this Stipulation, the Status Conference currently scheduled for April 18, 2018 will be continued until July 18, 2018 at 2:00 p.m., with an updated case management statement due on July 9, 2018.

DATED: April 16, 2018             Respectfully Submitted,

| *Attorneys for Defendant American Honda Motor Company, Inc.* | *Interim Co-Lead Class Counsel* |
|---|---|
| SIDLEY AUSTIN LLP | SEEGER WEISS LLP |
| By */s/ Livia M. Kiser* <br> Livia M. Kiser (SBN 285411) <br> lkiser@sidley.com <br> Michael C. Andolina (*pro hac vice*) <br> mandolina@sidley.com <br> Andrew J. Chinsky (*pro hac vice*) <br> achinsky@sidley.com <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, IL 60603 | By */s/ Christopher A. Seeger* <br> Christopher A. Seeger (*pro hac vice*) <br> SEEGER WEISS LLP <br> 77 Water Street, New York, <br> New York, NY 10005 <br> Telephone: (212) 584-0700 <br> Facsimile: (212) 584-0799 <br> Email: cseeger@seegerweiss.com <br> Email: sweiss@seegerweiss.com <br> Email: sgeorge@seegerweiss.co |

Tel: (312) 853-7000
Fax: (312) 853-7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

James E. Cecchi (*pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

**[PROPOSED] ORDER**

IT IS ORDERED that Plaintiffs shall file a Third Amended Complaint by April 27, 2108, which shall not include any dismissed claims or parties, and AHM shall answer or otherwise respond to the Third Amended Complaint by May 28, 2018.

IT IS FURTHER ORDERED that the status conference currently scheduled for April 18, 2018 is continued to July 18, 2018 at 2:00 p.m. An updated case management statement shall be filed by July 9, 2018.

DATED: April 16, 2018



## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated: April 16, 2018                                By: /s/ *Livia M. Kiser*
                                                          Livia M. Kiser