Christopher A. Seeger, *Admitted Pro Hac Vice*
Email: cseeger@seegerweiss.com
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

James E. Cecchi, *Admitted Pro Hac Vice*
Email: jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN
BRODY & AGENLLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| *Aberin et al. v. American Honda Motor Co., Inc.* | No. 3:16-cv-04384-JST |
|---|---|
| | **NOTICE OF VOLUNTARY DISMISSAL FOR PLAINTIFF DANIEL CRINER** |

**TO THE COURT, DEFENDANT AMERICAN HONDA MOTOR CO., INC., AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Daniel Criner hereby voluntarily dismisses his claims against Defendant American Honda Motor Co. Inc., without prejudice, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant American Honda Motor Co. has neither filed an answer, nor moved for summary judgment, and a class has not yet been certified. Therefore, Plaintiff Criner's claims may be dismissed without prejudice, and without a court order.

DATED: April 25, 2018                                      SEEGER WEISS LLP

By: */s/ Christopher A. Seeger*
Christopher A. Seeger (admitted *pro hac vice*)
Scott A. George (admitted *pro hac vice*)
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
sgeorge@seegerweiss.com

James E. Cecchi (admitted *pro hac vice*)
Lindsey H. Taylor (admitted *pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

*Interim Co-Lead Class Counsel*

NOTICE OF VOLUNTARY
DISMISSAL OF PLAINTIFF DANIEL CRINER - 1
Case No.: 3:16-cv-04384-JST

CERTIFICATE OF SERVICE

I, Christopher A. Seeger, hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Livia M. Kiser, SBN #285411
    Email:  lkiser@sidley.com
    Michael C. Andolina, *Admitted Pro Hac Vice*
    Email:  mandolina@sidley.com
    Andrew J. Chinsky, *Admitted Pro Hac Vice*
    Email:  achinsky@sidley.com
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, Illinois 60603
    Telephone: (312) 853-7000
    Facsimile: (312) 853-7036

    Eric B. Schwartz, SBN #266554
    Email:  eschwartz@sidley.com
    SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
    Los Angeles, California 90013
    Telephone: (213) 896-6666
    Facsimile: (213) 896-6600

    *Attorneys for Defendant American Honda Motor Co. Inc.*

DATED this 25th day of April, 2018.

                              SEEGER WEISS LLP

                              By:   /s/ Christopher A. Seeger
                              Christopher A. Seeger, *Admitted Pro Hac Vice*
                              Email: cseeger@seegerweiss.com
                              55 Challenger Road, 6th Floor
                              Ridgefield Park, New Jersey 07660
                              Telephone: (212) 584-0700
                              Facsimile: (212) 584-0799

                              *Interim Co-Lead Class Counsel*