UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *Aberin et al. v. American Honda Motor Co., Inc.* | No. 3:16-cv-04384-JST <br><br> **SEVENTH JOINT CASE MANAGEMENT STATEMENT** <br><br> **Complaint filed: August 3, 2016** <br><br> Judge: Hon. Jon S. Tigar |

Pursuant to the Order dated April 16, 2018 (D.E. 146), the parties hereby submit their Sixth Joint Case Management Statement. The parties will appear for the Seventh Status Conference in Courtroom 9 on July 18, 2017 at 2:00 p.m. Pacific time.

**Pleadings**

1. On March 26, 2018, the Court granted in part and denied in part the Motion to Dismiss Certain Counts in Plaintiffs' Second Amended Complaint, to Strike Certain Restitution Claims, and for Sanctions for Spoliation of Evidence. (D.E. 139).

2. On April 27, 2018, Plaintiffs filed their Third Amended Class Action Complaint. (D.E. 148).

3. On May 28, 2018, Defendant filed its Answer and Affirmative Defenses to the Third Amended Class Action Complaint. (D.E. 149).

**Discovery**

On June 26, 2017, the Court referred discovery in this litigation to Magistrate Judge Ryu. On August 31, 2017, Judge Ryu held an informal discovery planning conference with the Parties where the Parties presented their assessment of the general discovery needs in the litigation, the current

status of discovery, and the next steps regarding certain discovery disputes. At the time of the August 31, 2017, conference, none of the discovery disputes were ripe for presentation to Judge Ryu.

On March 15, 2018, the Parties finalized a protocol governing the inspection of Plaintiff's vehicles and have since that date completed the inspection of all but one of Plaintiffs' vehicles.

The Parties are currently preparing a joint submission to Judge Ryu regarding matters believed to be ripe for decision.

DATED: July 9, 2018                                                  Respectfully Submitted,

| *Attorneys for Defendant American Honda Motor Company, Inc.* | *Interim Co-Lead Class Counsel* |
|---|---|
| SIDLEY AUSTIN LLP | SEEGER WEISS LLP |
| By */s/ Livia M. Kiser*<br>Livia M. Kiser (SBN 285411)<br>lkiser@sidley.com<br>Michael C. Andolina (*pro hac vice*)<br>mandolina@sidley.com<br>Andrew J. Chinsky (*pro hac vice*)<br>achinsky@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br>Fax: (312) 853-7036<br><br>Eric B. Schwartz (SBN 266554)<br>eschwartz@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Tel: (213) 896-6666<br>Fax: (213) 896-6600 | By */s/ Christopher A. Seeger*<br>Christopher A. Seeger (*pro hac vice*)<br>SEEGER WEISS LLP<br>77 Water Street, New York,<br>New York, NY 10005<br>Telephone: (212) 584-0700<br>Facsimile: (212) 584-0799<br>Email: cseeger@seegerweiss.com<br>Email: sweiss@seegerweiss.com<br>Email: sgeorge@seegerweiss.co<br><br>James E. Cecchi (*pro hac vice*)<br>CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br>Email: jcecchi@carellabyrne.com |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated: July 9, 2018                              By:/s/  Christopher A. Seeger

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via the Court's ECF system on July 9, 2018.

*/s/ Christopher A. Seeger*
Christopher A. Seeger