Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (admitted *pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (admitted *pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

*Attorneys for Defendant American*
*Honda Motor Co., Inc.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDSEY and JEFF ABERIN, DON AWTREY, CHARLES BURGESS, DANIEL CRINER, JARED CROOKS, MARK GERSTLE, JOHN KELLY, YUN-FEI LOU, JOY MATZA, JORDAN MOSS, DONALD TRAN, and MELISSA YEUNG, individually and on behalf of all others similarly situated. | Case No. 3:16-cv-04384-JST |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER PERMITTING COUNSEL TO APPEAR TELEPHONICALLY AT THE JULY 18, 2018 STATUS CONFERENCE** |
| vs. | Hon. Judge Jon S. Tigar |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | |

Plaintiffs Lindsey and Jeff Aberin, Don Awtrey, Charles Burgess, Daniel Criner, John Kelly, Yun-Fei Lou, Joy Matza, and Melissa Yeung ("Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM"), pursuant to Paragraph D of the Court's Standing Order for all Civil Cases, and subject to approval by the Court, hereby stipulate and request that counsel for Plaintiffs and AHM may be permitted appear telephonically at the Seventh Status Conference scheduled to take place on July 18, 2018 at 2:00 p.m. Pacific time in Courtroom 9 of the above-captioned Court, and in support state as follows:

1.     The parties filed their Seventh Joint Case Management Statement on July 9, 2018 (D.E. 151);

2.     The parties anticipate that the Status Conference will be brief because, as evidenced by the Joint Statement, they have identified only a small number of issues meriting the Court's attention at this time;

3.     The attorneys who will be appearing on behalf of AHM and Plaintiffs at the Status Conference reside in Chicago and Philadelphia, respectively;

4.     Given the anticipated brevity of the Seventh Status Conference, the relatively high cost of cross-country travel, and a mutual desire to preserve party resources, the parties have met and conferred and agreed to submit this joint request to the Court for permission to appear at the Status Conference by telephone;

WHEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court enter an Order permitting attorneys for all parties to appear telephonically at the Seventh Status Conference on July 18, 2018.

DATED: July 11, 2018                              Respectfully Submitted,

*Attorneys for Defendant American Honda*            *Interim Co-Lead Class Counsel*
*Motor Company, Inc.*

SIDLEY AUSTIN LLP                                SEEGER WEISS LLP

By */s/ Livia M. Kiser*                          By */s/ Christopher A. Seeger*
Livia M. Kiser (SBN 285411)                      Christopher A. Seeger (*pro hac vice*)
lkiser@sidley.com                                SEEGER WEISS LLP

Michael C. Andolina (*pro hac vice*)
mandolina@sidley.com
Andrew J. Chinsky (*pro hac vice*)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

77 Water Street, New York,
New York, NY 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeger@seegerweiss.com
Email: sweiss@seegerweiss.com
Email: sgeorge@seegerweiss.co

James E. Cecchi (*pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

**[PROPOSED] ORDER**

IT IS ORDERED that attorneys for all parties may appear telephonically at the Seventh Status Conference scheduled to take place on July 18, 2018 at 2:00 p.m. Pacific time in Courtroom 9 of the above-captioned Court. Counsel for AHM shall contact counsel for Plaintiffs and the courtroom deputy at (415) 522-2036 or jstcrd@cand.uscourts.gov to provide a conference call number at which all counsel appearing telephonically can be reached.

DATED: ___July 12, 2018___

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated: July 11, 2018                    By: /s/  *Livia M. Kiser*

                                        Livia M. Kiser

ACTIVE 233830117