Christopher A. Seeger, *Admitted Pro Hac Vice*
Email: cseeger@seegerweiss.com
SEEGER WEISS LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, New Jersey 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

James E. Cecchi, *Admitted Pro Hac Vice*
Email: jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN
BRODY & AGENLLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| *Aberin et al. v. American Honda Motor Co., Inc.* | NO. 3:16-cv-04384-JST <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON JOINT DISCOVERY LETTER** |
|---|---|

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
JOINT DISCOVERY LETTER - 1
CASE NO. 3:16-cv-04384-JST

1   WHEREAS, on July 20, 2018, Plaintiffs Lindsey and Jeff Aberin, Don Awtrey, Charles
2   Burgess, John Kelly, Yun-Fei Lou, Joy Matza, and Melissa Yeung ("Plaintiffs"), and Defendant
3   American Honda Motor Co., Inc. ("AHM"), filed a joint letter brief regarding discovery disputes
4   (D.E. 156);

5   WHEREAS, on July 30, 2018, this Court issued a Notice and Order Setting Hearing on Joint
6   Discovery Letter (D.E. 157) for August 30, 2018 at 11:00 am at the U.S. District Court, 1301 Clay
7   Street, Oakland, California 94612, hereby stipulate as follows;

8   WHEREAS, Scott A. George, an attorney for the Plaintiffs who has been primarily
9   responsible for discovery in this litigation, including the joint letter brief mentioned above; and

10  WHEREAS, Mr. George was hospitalized starting on August 27, 2018 due to emergent
11  personal health reasons, which hospitalization may last through the end of the week followed by a
12  time where he will be prohibited from travel.

13  WHEREFORE, the Parties hereby request:

14  1.  The hearing currently set for August 30, 2018 at 11:00 am, be continued to a later
15      date.
16  2.  The Parties are available on September 20, 2018, three weeks from the current date,
17      or as may otherwise be directed by the Court.

18

19  DATED: August 28, 2018                        Respectfully Submitted,

20
    KING & SPALDING LLP                           SEEGER WEISS LLP
21
    By: */s/ Livia M. Kiser*                      By: /s/ Christopher A. Seeger
22  Livia M. Kiser (SBN 285411)                   Christopher A. Seeger, *Admitted Pro Hac Vice*
    Email: lkiser@kslaw.com                       Email:  cseeger@seegerweiss.com
23  KING & SPALDING LLP                           Stephen A. Weiss, *Admitted Pro Hac Vice*
    444 West Lake Street, Suite 1650              Email:  sweiss@seegerweiss.com
24  Chicago, IL 60606                             Scott Alan George, *Admitted Pro Hac Vice*
25  Tel: (312) 995-6333                           Email:  sgeorge@seegerweiss.com
    Facsimile:  312 995 6330                      55 Challenger Road, 6th Fl.
26                                                Ridgefield Park, New Jersey 07660
                                                  Telephone: (212) 584-0700
27

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
JOINT DISCOVERY LETTER - 2
CASE NO. 3:16-CV-04384-JST

Facsimile: (212) 584-0799

James E. Cecchi, *Admitted Pro Hac Vice*
Email: jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN,
　BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Interim Co-Lead Class Counsel*

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
JOINT DISCOVERY LETTER - 3
CASE NO. 3:16-CV-04384-JST

**[PROPOSED] ORDER**

IT IS ORDERED that the hearing on Joint Discovery Letter set for August 30, 2018, at 11:00 am is continued to September 20, 2018.

DATED: _____

          DONNA M. RYU
          United States Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and Proposed Order. In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated: August 28, 2018                    By: */s/ Christopher A. Seeger*
                                               Christopher A. Seeger

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
JOINT DISCOVERY LETTER - 5
CASE NO. 3:16-CV-04384-JST