UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsay Aberin, et al., <br> **Plaintiff(s)** <br> v. <br> American Honda Motor Company Inc., <br> **Defendant(s)** | CASE No C 3:16-cv-04384-JST <br><br> THIRD AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS <br><br> (SUPERSEDES D.E. 137) |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Mediation by JAMS Mediator to be agreed upon by the parties

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: March 29, 2019

Date: 9/21/2018      /s/ Christopher A. Seeger
                     Attorney for Plaintiff

Date: 9/21/2018      /s/ Livia M. Kiser
                     Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: _____
                     U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Selecting ADR Process.  In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.


Dated: September 25, 2018                                        By: /s/ Christopher A. Seeger
                                                                                Christopher A. Seeger