Christopher A. Seeger, *Admitted Pro Hac Vice*
Email: cseeger@seegerweiss.com
SEEGER WEISS LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, New Jersey 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

James E. Cecchi, *Admitted Pro Hac Vice*
Email: jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN
BRODY & AGENLLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSAY and JEFF ABERIN (a married couple), DON AWTREY, CHARLES BURGESS, JOHN KELLY, YUN-FEI LOU, JOY MATZA, and MELISSA YEUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | No. 3:16-cv-04384-JST<br><br>STIPULATI ON AND [PROPOSED] ORDER FOR SCHEDULE OF PRETRIAL EVENTS THROUGH BRIEFING RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Plaintiffs Lindsay and Jeff Aberin, Don Awtrey, Charles Burgess, John Kelly, Yun-Fei Lou, Joy Matza and Melissa Yeung (collectively "Plaintiffs") and Defendant American Honda Motor Co., Inc. ("AHM"), by and through their respective counsel and pursuant to the direction of the Court (ECF No. 155) hereby propose the following schedule to govern the litigation through to the completion of briefing related to Plaintiffs' Motion for Class Certification.

This schedule adopts the Schedule of Pretrial Events through Decision on Plaintiffs' Motion for Class Certification (ECF No. 54) which approved a schedule based on the then-undetermined date of the close of pleadings as the starting point of deadlines for the close of discovery and the subsequent briefing related to class certification. Pleadings closed on May 28, 2018 when Defendant filed its Answer to Plaintiffs' Third Amended Class Action Complaint (ECF No. 149).

*Close of Discovery in Advance of Class Certification:*

*Close of Fact Discovery* – February 28, 2019 (Close of Pleadings + 9 months)

*Close of Expert Discovery in Advance of and Related to Class Certification* – April 29. 2019 (Close of Fact Discovery + 2 Months).

*Briefing Related to Plaintiffs' Motion for Class Certification*:

*Motion in Support of Class Certification* – May 29, 2019 (Close of Expert Discovery + 30 days).

*Opposition to Motion for Class Certification* – July 15, 2019 (Motion for Class Certification + 45 days).

*Reply in Support of Class Certification* – August 14, 2019 (Opposition to Class Certification + 30 days).

| | | |
|---|---|---|
| DATED: September 25, 2018 | | Respectfully Submitted, |

KING & SPALDING LLP                           SEEGER WEISS LLP

By: /s/ Livia M. Kiser
Livia M. Kiser (SBN 285411)
Email: lkiser@kslaw.com
KING & SPALDING LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
Tel: (312) 995-6333
Facsimile: 312 995 6330

By: /s/ Christopher A. Seeger
Christopher A. Seeger, *Admitted Pro Hac Vice*
Email: cseeger@seegerweiss.com
Stephen A. Weiss, *Admitted Pro Hac Vice*
Email: sweiss@seegerweiss.com
Scott Alan George, *Admitted Pro Hac Vice*
Email: sgeorge@seegerweiss.com
55 Challenger Road, 6th Fl.
Ridgefield Park, New Jersey 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

James E. Cecchi, *Admitted Pro Hac Vice*
Email: jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the Proposed Classes*

STIPULATION AND [PROPOSED] ORDER FOR SCHEDULE OF PRETRIAL EVENTS
THROUGH BRIEFING RELATED TO CLASS CERTIFICATION

CASE NO. 3:16-CV-04384-JST

**[PROPOSED] ORDER**

IT IS ORDERED that the Schedule of Pretrial Events through Briefing Related to Plaintiffs' Motion for Class Certification is APPROVED.

DATED: October 2, 2018

_____
TIGAR, J.

STIPULATION AND [PROPOSED] ORDER FOR SCHEDULE OF PRETRIAL EVENTS THROUGH BRIEFING RELATED TO CLASS CERTIFICATION

CASE NO. 3:16-CV-04384-JST