Livia M. Kiser (SBN 285411)
lkiser@kslaw.com
KING & SPALDING LLP
444 W. Lake Street, Suite 1650
Chicago, IL 60603
Tel: (312) 764-6911
Fax: (312) 995-6330

Michael B. Shortnacy (SBN 277035)
mshortnacy@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1700
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

*Attorneys for Defendant American Honda Motor Co., Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINDSEY and JEFF ABERIN, DON AWTREY, CHARLES BURGESS, DANIEL CRINER, JARED CROOKS, MARK GERSTLE, JOHN KELLY, YUN-FEI LOU, JOY MATZA, JORDAN MOSS, DONALD TRAN, and MELISSA YEUNG, individually and on behalf of all others similarly situated. <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | Case No. 3:16-cv-04384-JST <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING COUNSEL TO APPEAR TELEPHONICALLY AT THE DECEMBER 5, 2018 STATUS CONFERENCE** <br><br> Hon. Judge Jon S. Tigar |

Plaintiffs Lindsey and Jeff Aberin, Don Awtrey, Charles Burgess, Daniel Criner, John Kelly, Yun-Fei Lou, Joy Matza, and Melissa Yeung ("Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM"), pursuant to Paragraph D of the Court's Standing Order for all Civil Cases, and subject to approval by the Court, hereby stipulate and request that counsel for Plaintiffs and AHM may be permitted to appear telephonically at the Eighth Status Conference scheduled to take place on December 5, 2018 at 2:00 p.m. Pacific time in Courtroom 9 of the above-captioned Court, and in support state as follows:

1. The parties are concurrently filing their Eighth Joint Case Management Statement on November 28, 2018;

2. The parties anticipate that the Status Conference will be brief because, as evidenced by the Joint Statement, they have identified only a small number of issues meriting the Court's attention at this time;

3. The attorneys who will be appearing on behalf of AHM and Plaintiffs at the Status Conference reside in Chicago and Philadelphia, respectively;

4. Given the anticipated brevity of the Eighth Status Conference, the relatively high cost of cross-country travel, and unpredictable weather, and a mutual desire to preserve party resources, the parties have met and conferred and agreed to submit this joint request to the Court for permission to appear at the Status Conference by telephone;

WHEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court enter an Order permitting attorneys for all parties to appear telephonically at the Eighth Status Conference on December 5, 2018.

DATED: November 28, 2018                         Respectfully Submitted,

| | |
|---|---|
| *Attorneys for Defendant American Honda Motor Company, Inc.* | *Interim Co-Lead Class Counsel* |
| KING & SPALDING LLP | SEEGER WEISS LLP |
| By */s/ Livia M. Kiser* | By */s/ Christopher A. Seeger* |
| Livia M. Kiser (SBN 285411) | Christopher A. Seeger (*pro hac vice*) |
| lkiser@kslaw.com | SEEGER WEISS LLP |

2

KING & SPALDING LLP
444 W. Lake Street, Suite 1650
Tel: (312) 764-6911
Fax: (312) 995-6330

Michael B. Shortnacy (SBN 277035)
mshortnacy@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1700
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
Email: cseeger@seegerweiss.com
Email: sweiss@seegerweiss.com
Email: sgeorge@seegerweiss.com

James E. Cecchi (*pro hac vice*)
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | IT IS ORDERED that attorneys for all parties may appear telephonically at the Eighth |
| 3 | Status Conference scheduled to take place on December 5, 2018 at 2:00 p.m. Pacific time in |
| 4 | Courtroom 9 of the above-captioned Court. Counsel for AHM shall contact counsel for |
| 5 | Plaintiffs and the courtroom deputy at (415) 522-2036 or jstcrd@cand.uscourts.gov to provide a |
| 6 | conference call number at which all counsel appearing telephonically can be reached. |

DATED: November 29, 2018

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE