Christopher A. Seeger, *Admitted Pro Hac Vice*
Email: cseeger@seegerweiss.com
SEEGER WEISS LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

James E. Cecchi, *Admitted Pro Hac Vice*
Email: jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN
BRODY & AGENLLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSAY and JEFF ABERIN (a married couple), DON AWTREY, CHARLES BURGESS, JOHN KELLY, YUN-FEI LOU, JOY MATZA, and MELISSA YEUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | No. 3:16-cv-04384-JST<br><br>STIPULATION AND [PROPOSED] ORDER FOR AMENDED SCHEDULE OF PRETRIAL EVENTS THROUGH BRIEFING RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

STIPULATION AND [PROPOSED] ORDER FOR AMENDED SCHEDULE OF
PRETRIAL EVENTS THROUGH BRIEFING RELATED TO CLASS CERTIFICATION

CASE NO. 3:16-CV-04384-JST

Plaintiffs Lindsay and Jeff Aberin, Don Awtrey, Charles Burgess, John Kelly, Yun-Fei Lou, Joy Matza and Melissa Yeung (collectively "Plaintiffs") and Defendant American Honda Motor Co., Inc. ("AHM"), by and through their respective counsel hereby propose the following schedule to govern the litigation through to the completion of briefing related to Plaintiffs' Motion for Class Certification.

Pleadings closed on May 28, 2018 when Defendant filed its Answer to Plaintiffs' Third Amended Class Action Complaint (ECF No. 149). This schedule extends the Schedule of Pretrial Events approved by the Court on October 2, 2018 (ECF No. 172) by approximately 90 days, subject to adjustments for weekends and holidays. The parties further advise the Court that the parties thus far have worked diligently, exchanging and responding to written discovery, producing ESI and other documents, and inspecting all but one of Plaintiffs' vehicles (where the vehicle is still in his/her possession), with the final vehicle inspection expected to occur in March. The parties have started to notice and schedule depositions and expect the production of documents to be complete in the near term. The parties respectfully submit good cause exists to grant this extension because fact discovery has taken longer than anticipated due to (among other reasons) negotiations on certain ESI issues, some of which were briefed to Magistrate Ryu, taking longer than anticipated. The parties will continue to work collaboratively to resolve all remaining outstanding issues and to adhere to the schedule proposed below.

| Event | Currently Scheduled Date | Proposed Date |
|---|---|---|
| Last Day to Serve Written Discovery | January 28, 2019 | March 15, 2019 |
| Close of Fact Discovery | February 28, 2019 | May 31, 2019 |
| Opening Expert Reports Due | -- | June 14, 2019 (two weeks after close of fact discovery) |
| Rebuttal Reports Due | -- | September 13, 2019 (91 days from opening report) |

STIPULATION AND [PROPOSED] ORDER FOR AMENDED SCHEDULE OF
PRETRIAL EVENTS THROUGH BRIEFING RELATED TO CLASS CERTIFICATION

CASE NO. 3:16-CV-04384-JST

| Event | Currently Scheduled Date | Proposed Date |
|---|---|---|
| Close of Expert Discovery | April 29, 2019 | October 4, 2019 (21 days from rebuttal) |
| Motion for Class Certification | May 29, 2019 | October 25, 2019 (21 days from close of expert discovery) |
| Class Cert. Opp. | July 15, 2019 | December 6, 2019 (the week after the Thanksgiving holiday) |
| Class Cert. Reply | August 14, 2019 | January 10, 2020 |

DATED: February 27, 2019

Respectfully Submitted,

KING & SPALDING LLP

By: ___/s/ Liva M. Kiser___
Livia M. Kiser (SBN 285411)
Email: lkiser@kslaw.com
KING & SPALDING LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
Tel: (312) 995-6333
Facsimile: 312 995 6330

SEEGER WEISS LLP

By: /s/ Christopher A. Seeger
Christopher A. Seeger, *Admitted Pro Hac Vice*
Email: cseeger@seegerweiss.com
Stephen A. Weiss, *Admitted Pro Hac Vice*
Email: sweiss@seegerweiss.com
Scott Alan George, *Admitted Pro Hac Vice*
Email: sgeorge@seegerweiss.com
55 Challenger Road, 6th Fl.
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

James E. Cecchi, *Admitted Pro Hac Vice*
Email: jcecchi@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Counsel for Plaintiffs and the Proposed Classes*

STIPULATION AND [PROPOSED] ORDER FOR AMENDED SCHEDULE OF
PRETRIAL EVENTS THROUGH BRIEFING RELATED TO CLASS CERTIFICATION

CASE NO. 3:16-CV-04384-JST

| | |
|---|---|
| 1 | **[PROPOSED] AMENDED ORDER** |
| 2 | IT IS ORDERED that the Amended Schedule of Pretrial Events through Briefing Related to |
| 3 | Plaintiffs' Motion for Class Certification, filed with the Court on February 27, 2019, is |
| 4 | APPROVED. |

DATED: February 28, 2019

_____
TIGAR, J.

STIPULATION AND [PROPOSED] ORDER FOR AMENDED SCHEDULE OF
PRETRIAL EVENTS THROUGH BRIEFING RELATED TO CLASS CERTIFICATION

CASE NO. 3:16-CV-04384-JST