# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Lindsay Aberin, et al.,

Plaintiff(s)

v.

American Honda Motor Company Inc.,

Defendant(s)

CASE No C 3:16-cv-04384-JST

FOURTH AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

(SUPERSEDES D.E. 168)

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Mediation by JAMS Mediator to be agreed upon by the parties

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)
- ☒ other requested deadline: August 16, 2019

Date: 3/28/2019      /s/ Christopher A. Seeger
                     Attorney for Plaintiff

Date: 3/28/2019      /s/ Livia M. Kiser
                     Attorney for Defendant

Print Form

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: March 29, 2019

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 7-2016