United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| YUN-FEI LOU, et al., | Case No. 16-cv-04384-JST (DMR) |
| Plaintiffs, | |
| v. | **ORDER REGARDING JOINT DISCOVERY LETTER** |
| AMERICAN HONDA MOTOR COMPANY, INC., | Re: Dkt. No. 191 |
| Defendant. | |

The parties filed a joint letter on June 7, 2019 regarding three discovery disputes.  [Docket No. 191.]  Having reviewed the letter, the court concludes that the parties have not provided sufficient information to enable the court to evaluate any of the disputes.  For example, with respect to the first dispute, Defendant American Honda Motor Company, Inc. argues that Plaintiffs have not satisfied their discovery obligations and cites portions of Plaintiffs' deposition testimony in support, but neither party identifies or discusses any specific discovery requests or responses at issue.  Defendant also discusses Plaintiff Melissa Yeung's failure to respond to discovery, to which Plaintiffs provide no response.

The second and third disputes address Defendant's responses to two interrogatories and production of "technical documents."  The court is unable to evaluate these disputes in part because the parties failed to set forth the substance of any of the disputed discovery requests in the letter or submit an exhibit setting forth each disputed discovery request in full and the objections and/or responses thereto, as required by the undersigned's Standing Order.  The third dispute also appears to overlap with Plaintiffs' subpoenas to third parties but the parties provide little explanation or context.

Additionally, based on the context of the parties' discussions of their disputes, it appears that they have not adequately met and conferred regarding the issues presented in the letter.  The

court notes that the second and third disputes appear to be the type of discovery disputes that the parties should be able to resolve without court intervention.  Accordingly, the court orders the parties to immediately meet and confer regarding these disputes.  If any disputes remain after meeting and conferring, the parties shall submit a joint letter by no later than July 3, 2019 in accordance with the court's Standing Order.  The parties may not incorporate by reference any prior submission.

**IT IS SO ORDERED**.

Dated: June 19, 2019



_____
DONNA M. RYU
United States Magistrate Judge