Michael B. Shortnacy (SBN 277035)
mshortnacy@kslaw.com
Livia Kiser (CA SBN 285411)
lkiser@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1700
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Andrew Chinsky (*pro hac vice*)
KING & SPALDING LLP
444 W. Lake Street
Suite 1650
Chicago, Illinois 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Lindsey Aberin, et al., | Case No. 3:16-cv-04384-JTS |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED SCHEDULE FOR EXPERT DISCOVERY AND BRIEFING RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| American Honda Motor Co., Inc., et al., | |
| Defendants. | |

Plaintiffs Lindsay and Jeff Aberin, Don Awtrey, Charles Burgess, John Kelly, Joy Matza, and Yun-Fe Lou (collectively, "Plaintiffs") and Defendant American Honda Motor Co., Inc. ("AHM," and with Plaintiffs, the "Parties"), by and through their respective counsel, hereby propose the following amended schedule to govern the litigation through completion of briefing related to Plaintiffs' Motion for Class Certification. In support thereof, the Parties state as follows:

1. Pleadings closed on May 28, 2018, when AHM filed its Answer to Plaintiffs' Third Amended Class Action Complaint (ECF No. 149). The Court subsequently entered an order setting the schedule for pretrial events through briefing related to Plaintiffs' motion for class certification on February 28, 2019, based on a schedule proposed by the Parties, which set a June 14, 2019, deadline for opening experts reports (ECF No. 182).

2. During the case management conference held June 12, 2019, the Parties stipulated to Plaintiffs having until June 28, 2019 to submit their opening expert reports. Plaintiffs advised the Court that they anticipated having four experts (which was previously unknown to AHM), and the Parties advised the Court that they would likely seek an amendment to the schedule to account for the stipulated two-week extension.

3. On June 28, 2019, Plaintiffs served reports from a proposed economic expert, a proposed survey expert, and two proposed technical experts.

4. On July 19, 2019, AHM sent Plaintiffs a proposed extension to the expert discovery schedule.

5. On July 30, 2019, Plaintiffs responded to AHM's proposed extension and informed AHM that they wanted to reserve the right to serve reply reports in response to AHM's rebuttal reports. AHM has no objection to Plaintiff's request to serve reply reports, provided that sufficient time is afforded for the Parties to take depositions of, potentially, eight (8) proposed expert witnesses (four (4) for Plaintiffs, and up to four (4) for AHM), all of which will occur following the deadline for Plaintiffs' reply reports.

6. After subtracting the two week extension already granted to Plaintiffs, the proposed schedule below extends the Schedule of Pretrial Events approved by the Court on February 28,

2019, by approximately three months, in order to: (a) provide AHM sufficient time to prepare up to four rebuttal reports; (b) provide Plaintiffs an opportunity to prepare up to four reply reports; (c) provide both Parties adequate time to prepare for and depose up to eight proposed expert witnesses; and (d) account for Thanksgiving and the winter holidays.

7. The Parties respectfully submit that this adjustment is warranted due to the extension already granted to Plaintiffs (ECF No. 192), the number expert reports that will be served, and the related need to conduct eight expert depositions. Two of AHM's experts also have prior work engagements that prevent them from being to work on this matter until late August.

8. The Parties have also discussed whether, in the interest of efficiency and possible resolution, it makes to hold an ADR session in advance of briefing on class certification. Contemporaneously with this Stipulation, the Parties are filing a Fifth Amended Stipulation and [Proposed] Order extending the deadline to hold a private ADR session to January 31, 2020. The extension requested herein by the Parties will afford the Parties sufficient time to hold such an ADR session if they agree that such a session would be beneficial at that time.

9. As neither Party wishes the other to suffer prejudice as a result of not being able to address the issues on the merits, for good cause shown, the Parties respectfully request that the following amended schedule be approved by the Court:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opening Expert Reports | June 28, 2019 | n/a |
| Defendant's Rebuttal Reports | September 13, 2019 | October 25, 2019 |
| Plaintiff's Reply Reports | n/a | November 15, 2019 |
| Close of Expert Discovery | October 4, 2019 | January 10, 2020 |
| Motion for Class Certification | October 25, 2019 | February 7, 2020 |
| Class Certification Opposition | December 6, 2019 | March 13, 2020 |
| Class Certification Reply | January 10, 2020 | April 10, 2020 |

10. Finally, the Parties anticipate that any *Daubert* motions will be submitted by AHM with their Class Certification Opposition and by Plaintiffs with their Class Certification Reply. Oppositions to such motions, if any are filed, will be due within four weeks, with any replies in further support due within three weeks thereafter.

WHEREFORE, the Parties respectfully request the Court enter the revised schedule as set forth above. The Parties respectfully request such other, further relief this Court deems proper.

DATED: August 8, 2019                          Respectfully Submitted,

KING & SPALDING LLP                            SEEGER WEISS LLP

By: /s/ Liva M. Kiser                          By: /s/ Christopher A. Seeger
Livia M. Kiser (SBN 285411)                    Christopher A. Seeger, *Admitted Pro Hac Vice*
Email: lkiser@kslaw.com                        Email: cseeger@seegerweiss.com
KING & SPALDING LLP                            Stephen A. Weiss, *Admitted Pro Hac Vice*
444 West Lake Street, Suite 1650               Email: sweiss@seegerweiss.com
Chicago, IL 60606                              Scott Alan George, *Admitted Pro Hac Vice*
Tel: (312) 995-6333                            Email: sgeorge@seegerweiss.com
Facsimile: 312 995 6330                        55 Challenger Road, 6th Fl.
                                               Ridgefield Park, New Jersey 07660
*Counsel for American Honda Motor*             Telephone: (212) 584-0700
*Co., Inc.*                                    Facsimile: (212) 584-0799

                                               James E. Cecchi, *Admitted Pro Hac Vice*
                                               Email: jcecchi@carellabyrne.com
                                               CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                BRODY & AGNELLO, P.C.
                                               5 Becker Farm Road
                                               Roseland, New Jersey 07068
                                               Telephone: (973) 994-1700
                                               Facsimile: (973) 994-1744

                                               *Counsel for Plaintiffs and the Proposed Classes*

STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED SCHEDULE FOR EXPERT DISCOVERY AND BRIEFING RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  **[PROPOSED] ORDER**

2        IT IS ORDERED that the Amended Schedule for Expert Discovery and Briefing Related

3  to Plaintiffs' Motion for Class Certification, filed with the Court on July 16, 2019, is APPROVED.

4

5  DATED: August 13, 2019            

6                                TIGAR, J.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28