# **<u>Exhibit C</u>**

| EXHIBIT C |||
|---|---|---|
| *Aberin, et al. v. American Honda Motor Co.,*<br>*Case No. 4:16-cv-04384- JST* |||
| *CATEGORY* | *AMOUNT* ||
| Court Filing Fee | $ | 460.00 |
| FedEx | $ | 28.44 |
| Litigation Fund | $ | 435,000.00 |
| PACER/Court documents | $ | 232.30 |
| | | |
| *Total:* | *$* | *435,720.74* |